**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)*

Chapter you are filing under:

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Back9Network Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2963858 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **80 State House Square #158**<br>**Hartford, CT 06123** |
| Hartford, CT | P.O. Box, Number, Street, City, State & ZIP Code |
| Number, Street, City, State & ZIP Code | |
| **Hartford CT** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   www.back9network.com

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership
- [ ] Other. Specify:

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

————

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Swing By Swing, Inc. | | | Relationship to you | subsidiary |
|---|---|---|---|---|---|
| District | _____ | When | 12-23-15 | Case number, if known | _____ |

| 11. | Why is the case filed in this district? | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/23/2015
              MM / DD / YYYY

X _____          Charles Cox
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____          Date  12/23/15
Signature of attorney for debtor                  MM / DD / YYYY

**William S. Fish Jr. Hinckley, Allen Snyder LLP**
Printed name

**Hinckley, Allen & Snyder LLP**
Firm name

**20 Church Street**
**Hartford, CT 06103-1221**
Number, Street, City, State & ZIP Code

Contact phone   **860-725-6200**    Email address   wfish@hinckleyallen.com

ct05439
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Back9Network Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/23/2015___          x _____

Signature of individual signing on behalf of debtor

**Charles Cox**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   Back9Network Inc.

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Construction 1010 Wethersfield Ave Suite 304 Hartford, CT 06114 | | construction improvements | Disputed | | | $388,617.90 |
| Banc of California P.O. Box 2149 Gig Harbor, WA 98335 | | equipment lease | Disputed | | | $110,754.07 |
| Cheri Sundae Productions Browne George Ross, LLP 2121 Avenue of the Stars Suite 2400 Los Angeles, CA 90067 | | Content Aquisition | Disputed | | | $217,000.00 |
| Constitution Plaza Holdings c/o Jones Lang LaSalle One Constitution Plaza Hartford, CT 06103 | | Lease | Disputed | | | $179,524.00 |
| Day Pitney PO Box 416234 Boston MA | | Legal Services | | | | $267,069.00 |
| DirecTV Corporate 1 Rockefeller Plaza 5th Floor New York, NY 10020 | | TV Network Distribution & Marketing | | | | $100,000.00 |

Debtor  Back9Network Inc.                                    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Edge Technology Services 100 Roscommon Drive Suite 120 Middletown, CT 06457 | | employment services | | | | $309,964.82 |
| Encompass Digital Media, Inc. 250 Harbor Drive Stamford, CT 06902 | | TV related services rendered | | | | $114,894.11 |
| Forum Financial Services 275 West Campbell Rd. Suite 320 Richardson, TX 75080 | | leased equipment | Disputed | | | $830,375.65 |
| Getty Images GPS, LLP 3127 Whitney Avenue Hamden, CT 06518 | | TV related photo rights | Disputed | | | $212,421.18 |
| Grass Valley 2255 N. Ontario Street, Suite170 Burbank, CA 91504 | | equipment lease | Disputed | | | $684,971.55 |
| HB Communications, Inc. 60 Dodge Avenue P.O. Box 689 North Haven, CT 06473 | | equipment lease | Disputed | | | $121,696.32 |
| IMG Productions 432 W. 45th St. New York, NY 10036 | | content acquistion | Disputed | | | $780,000.00 |
| Legacy Distribution, LLC 160 Trowbridge Road Atlanta, GA 30350 | | Content Syndication | | | | $100,366.66 |
| M2 Lease Funds 175 N. Patrick Boulevard Suite 140 Brookfield, WI 50345 | | Lease property | | | | $114,451.08 |
| Phoenicia Sport & Entertainmen P.O. Box 95 Center Valley, PA 18034 | | sales team contract vendor | Disputed | | | $533,320.80 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Debtor   **Back9Network Inc.**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Phoenix Life Insurance Company One American Row P.O. Box 5056 Hartford, CT 06102 | | Landlord for One American Row | Disputed | | | $110,551.99 |
| Proskauer Rose LLP Eleven Times Square New York, NY 10036 | | Legal Services | | | | $133,580.46 |
| Troutman Sanders LLP 875 Third Avenue New York, NY 10022 | | General Counsel Attorneys | | | | $176,541.61 |
| VortitechIT 4 Open Square Way Suite 310 Holyoke, MA 01040 | | leased equipment | Disputed | | | $117,769.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    **Back9Network Inc.** | |
| United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                         Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking** **Last 4 digits of Acc# : 4095** 3.1.  Webster Bank | Checking | 4095 | $24,184.94 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.                                                                      $24,184.94
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

7.1.  10 Constitution Plaza Lease Deposit                                              $32,335.00

8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

9.    Total of Part 2.                                                                      $32,335.00
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    Back9Network Inc.                Case number *(If known)* _____
           Name

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

     11b. Over 90 days old:     **131,147.29**    -    **131,147.29** = ....        **$0.00**
                     face amount           doubtful or uncollectible accounts

12.    Total of Part 3.                                           **$0.00**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity:          % of ownership<br>    % Ownership : 100,<br>    wholly owned subsidiary Swing By Swing, Inc.<br>    Assets owned by subsidiary include<br>    trademark, computer application, web site,<br>15.1..   email customer list and goodwill. | 100.00 %     Book Value | | $1,032,481.35 |
| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1<br>Describe: | | |

17.    Total of Part 4.                                        **$1,032,481.35**
     Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

| Debtor | Back9Network Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | office furniture and fixtures | $263,612.96 | book value | $263,612.96 |
| | studio furniture & fixtures | $16,134.00 | Book Value | $16,134.00 |
| 40. | Office fixtures | | | |
| | Office leasehold improvements | $2,029,977.00 | Book Value | $2,029,977.00 |
| | Studio leasehold improvements | $4,296,795.00 | Book Value | $4,296,795.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | office equipment | $424,915.00 | Book Value | $424,915.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.. golf pictures and memorabilia | $0.00 | | Unknown |

| 43. | Total of Part 7. | | $7,031,433.96 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☐ No
☑ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| | Production Machinery & Equipment | $3,259,748.00 | Book Value | $3,259,748.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Back9Network Inc.                                          Case number (if known) _____
          Name

| | | | |
|---|---|---|---|
| Leased Office Equipment | $186,230.00 | Book Value | $186,230.00 |
| Remote studio Equipment | $31,638.00 | Book Value | $31,638.00 |
| Leased Machinery & Equipment | $1,331,883.76 | Book Value | $1,331,883.76 |

51.    Total of Part 8.                                                                    | $4,809,499.76 |
       Add lines 47 through 50. Copy the total to line 87.

52.    Is a depreciation schedule available for any of the property listed in Part 8?
       ☑ No
       ☐ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
       ☐ No
       ☑ Yes

### Part 9:    Real property

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Leased Premises located at 10 Constitution Plaza, Hartford, CT 06103 | Lease | $0.00 | | $0.00 |
| 55.2.  leased premises located at One America Row, 10th Floor, Hartford, CT 06102 | lease | $0.00 | | $0.00 |

56.    Total of Part 9.                                                                    | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    Is a depreciation schedule available for any of the property listed in Part 9?
       ☑ No
       ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
       ☑ No
       ☐ Yes

### Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

| Debtor | Back9Network Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets Back9Network Tradename | $109,142.00 | Book Value | $109,142.00 |
| 61. Internet domain names and websites Back9Network website Back9Network social media accounts (Facebook, Twitter, Instagram, Youtube) | $0.00 | | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property Filmed Assets (Digital Media and TV Programming | $2,828,863.00 | | $2,828,863.00 |
| 65. Goodwill | | | |

| 66. Total of Part 10. | | | $2,828,863.00 |
|---|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | | |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. Notes receivable
Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)
Net Operating Losses

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Back9Network Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

has been filed)

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **State of Connecticut DECD Production Tax Credit**
     **State of Connecticut DECD Infrastructure Tax Credit**      Unknown

---

78.    **Total of Part 11.**      Unknown

     Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    __Back9Network Inc._____          Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $24,184.94 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $32,335.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $1,032,481.35 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $2,734,638.96 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $9,074,657.76 | |
| 88. Real property. *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $2,828,863.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $15,727,161.01 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $15,727,161.01 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Charles Cox**
_____First Name_____Middle Name_____Last Name_____
United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **State of Connecticut DECD** | Describe debtor's property that is subject to a lien | $4,774,048.94 | $0.00 |
| | Creditor's Name | **All tangible property, accounts, inventory, equipment, general intangibles as more specifically described in UCC financing statements of record** | | |
| | **505 Hudson St,** **Hartford, CT 06103** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Security Interest UCC-1 Financing Statement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☑ No | | |
| | **5/11/2012; 7/12/2012;** **2/21/2013** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$4,774,048.94**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? Line | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | | |

**Fill in this information to identify the case:**

Debtor name      **Back9Network Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Cox, Charles**
**80 Statehouse Square**
**#158**
**Hartford, CT 06123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188,269.00     $ 12,475.00

Date or dates debt was incurred
**11/01/2014**

Basis for the claim:
**unpaid wages due under contract of employment**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

**2.2**

Priority creditor's name and mailing address
**Gorman, J. Reid**
**80 Statehouse Square**
**#158**
**Hartford, CT 06123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206,153.87     $ 12,475.00

Date or dates debt was incurred
**11/1/2014**

Basis for the claim:
**unpaid back wages per employment contract**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

Debtor 1    **Back9Network Inc.**

First Name          Middle Name                  Last Name

---

**2.3**

Priority creditor's name and mailing address

**Silva, Carlos**
**9810 Potomac Manors Drive**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **238,028.86**    $ **12,475.00**

Date or dates debt was incurred
**11/1/2014**

Basis for the claim:
**unpaid wages per employment contract**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**

Nonpriority creditor's name and mailing address

**AAA**
**950 Warren Avenue**
**East Providence, RI 02914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **50.00**

Basis for the claim:    **Insurance**

Date or dates debt was incurred    **11/15/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**ABC Sign Corp**
**30 Controls Drive**
**Shelton, CT 06484**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.53**

Basis for the claim:    **HQ and Studio Design**

Date or dates debt was incurred    **12/29/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**ACC Business**
**P.O. Box 105306**
**Atlanta, GA 30348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **22,341.05**

---

Debtor 1    **Back9Network Inc.**
_____
First Name      Middle Name            Last Name

Basis for the claim:  **Phone & Internet**
_____

Date or dates debt was incurred  **9/12/2014**          Is the claim subject to offset?

Last 4 digits of account number  _____              ☑ No
                                                      ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,000.00 |

**ADG Engineering, PC**
**Attn: Accounts Receivable**
**P.O. Box 32659**
**Newark, NJ 07102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Studio Construction Services**
_____

Date or dates debt was incurred  **11/07/2014**         Is the claim subject to offset?

Last 4 digits of account number  _____              ☑ No
                                                      ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,115.91 |

**ADT, LLC**
**10 Research Parkway**
**Wallingford, CT 06492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Security Systems**
_____

Date or dates debt was incurred  **8/01/2014**          Is the claim subject to offset?

Last 4 digits of account number  _____              ☑ No
                                                      ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,560.00 |

**After the Shoot**
**5650 Vicarage Walk**
**Alpharetta, GA 30005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **3rd Party Production**
_____

Date or dates debt was incurred  **11/30/2014**         Is the claim subject to offset?

Last 4 digits of account number  _____              ☑ No
                                                      ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,001.52 |

---

Debtor 1   **Back9Network Inc.**

First Name ____ Middle Name ____ Last Name

**Ally Financial**
**P.O. Box 380901**
**Minneapolis, MN 55438**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Auto Loan

Date or dates debt was incurred   2/27/2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____

---

| 3.8 | | |

Nonpriority creditor's name and mailing address
**APM Music**
**381 Park Avenue South**
**Suite 1101**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Music Rights Fees

$   25,499.96

Date or dates debt was incurred   7/31/2014

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____

---

| 3.9 | | |

Nonpriority creditor's name and mailing address
**Ascentium Capital**
**239790 US 59**
**Kingwood, TX 77339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   leased equipment

$   71,113.86

Date or dates debt was incurred ____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____

---

| 3.1 0 | | |

Nonpriority creditor's name and mailing address
**Associated Construction**
**1010 Wethersfield Ave**
**Suite 304**
**Hartford, CT 06114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   construction improvements

$   388,617.90

Date or dates debt was incurred   4/23/2014

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____

---

Debtor 1    **Back9Network Inc.**

| First Name | Middle Name | Last Name |

| 3.1<br>1 | Nonpriority creditor's name and mailing address<br>**Aztec Office Technology**<br>**Suite A100**<br>**Middletown, CT 06457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 7,039.00 |

Basis for the claim:    **equipment lease**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1<br>2 | Nonpriority creditor's name and mailing address<br>**Bachelor, Erica**<br>**c/o Mike Gillespie**<br>**10585 Santa Monica Boulevard**<br>**Suite 140**<br>**Los Angeles, CA 90048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 75,000.00 |

Basis for the claim:    **Contract Severance**

Date or dates debt was incurred **2/23/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1<br>3 | Nonpriority creditor's name and mailing address<br>**Bacon, Shane**<br>**404 E. Minnezona Ave.**<br>**Phoenix, AZ 85018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 56,250.00 |

Basis for the claim:    **Contract Severance**

Date or dates debt was incurred **2/23/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1<br>4 | Nonpriority creditor's name and mailing address<br>**Banc of California**<br>**P.O. Box 2149**<br>**Gig Harbor, WA 98335** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 110,754.07 |

Basis for the claim:    **equipment lease**

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ☑ No
☐ Yes

---

| 3.1 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,090.00 |
|---|---|---|---|

**BCCA**
**P.O. Box 1296**
**Bedford Park, IL 60499**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Advertising**

Date or dates debt was incurred   **9/24/2014**    Is the claim subject to offset?

Last 4 digits of account number _____    ☑ No
☐ Yes

---

| 3.1 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,000.00 |
|---|---|---|---|

**Berman, John**
**664 Farmington Avenue**
**Hartford, CT 06105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ☑ No
☐ Yes

---

| 3.1 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 150,000.00 |
|---|---|---|---|

**Bermel, John**
**237 Old Farms Road**
**Simsbury, CT 06070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **11/18/2014;
1/21/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ☑ No
☐ Yes

---

| 3.1 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,000.00 |
|---|---|---|---|

**Bivona, Tom**
**27 Bradley Way**
**Glastonbury, CT 06033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1 **Back9Network Inc.**

First Name  Middle Name  Last Name

Basis for the claim: **Money Loaned**

Date or dates debt was incurred  **2/13/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 9 | | | $ **250,000.00** |

**Nonpriority creditor's name and mailing address**
**Blitzer, David**
**345 Park Avenue**
**43rd Floor**
**New York, NY 10154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred  **12/5/2014**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 0 | | | $ **75,000.00** |

**Nonpriority creditor's name and mailing address**
**Blythe, Frank**
**5524 Challisford Lane**
**Charlotte, NC 28226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred  **2/13/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 1 | | | $ **500,000.00** |

**Nonpriority creditor's name and mailing address**
**Borges, Francisco**
**10 Mill Pond Lane**
**Simsbury, CT 06070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred  **9/22/2014;**
**11/13/2014**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 2 | | | $ **100,000.00** |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Debtor 1 **Back9Network Inc.**

First Name      Middle Name      Last Name

---

**Burke, Edward**
**136 SE Rio Casarano**
**Port Saint Lucie, FL 34984**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **9/29/2014;**
**1/21/2015**

Is the claim subject to offset?

- [✓] No
- [ ] Yes

Last 4 digits of account number   _____

---

| 3.2 3 | **Nonpriority creditor's name and mailing address** | | $ | **55,586.51** |

**Cantor Colburn, LLP**
**P.O. Box 5046**
**New Britain, CT 06050**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **IP Attorneys**

Date or dates debt was incurred   **2/17/2015**

Is the claim subject to offset?

- [✓] No
- [ ] Yes

Last 4 digits of account number   _____

---

| 3.2 4 | **Nonpriority creditor's name and mailing address** | | $ | **50,000.00** |

**Cantor, Michael & Shari**
**39 Colony Road**
**West Hartford, CT 06117**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**

Is the claim subject to offset?

- [✓] No
- [ ] Yes

Last 4 digits of account number   _____

---

| 3.2 5 | **Nonpriority creditor's name and mailing address** | | $ | **2,311.46** |

**Cap America, Inc.**
**P.O. Box 840176**
**Kansas City, MO 64184**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Promotional Services**

Date or dates debt was incurred   **12/15/2014**

Is the claim subject to offset?

- [✓] No
- [ ] Yes

Last 4 digits of account number   _____

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

---

| 3.2 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cardinal Advisors**
**8391 Beverly Blvd.**
**Suite 443**
**Los Angeles, CA 90048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$   750,000.00

Basis for the claim:   **Financial Advisor**

Date or dates debt was incurred   **3/16/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Carlin, Mark**
**2338 Cholehurst Drive**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   50,000.00

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chapman, John M.**
**80 Grennan Road**
**West Hartford, CT 06107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   75,000.00

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cheri Sundae Productions**
**Browne George Ross, LLP**
**2121 Avenue of the Stars**
**Suite 2400**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$   217,000.00

Basis for the claim:   **Content Aquisition**

---

Debtor 1    **Back9Network Inc.**

First Name          Middle Name                    Last Name

---

| | |
|---|---|
| Date or dates debt was incurred    **12/06/2013** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.30**

Nonpriority creditor's name and mailing address
**Cloud, Sanford**
**25 Mountain Spring Road**
**Farmington, CT 06032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

$ **100,000.00**

| | |
|---|---|
| Date or dates debt was incurred    **1/16/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.31**

Nonpriority creditor's name and mailing address
**Colorado Dept of Labor**
**Unemployment Insurance Employe**
**P.O. Box 956**
**Denver, CO 80201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Unemployment Insurance**

$ **6.75**

| | |
|---|---|
| Date or dates debt was incurred    **1/01/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.32**

Nonpriority creditor's name and mailing address
**Comcast Commercial Services**
**P.O. Box 196**
**Newark, NJ 07101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Utilities**

$ **3,322.93**

| | |
|---|---|
| Date or dates debt was incurred    **4/21/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.33**

Nonpriority creditor's name and mailing address
**Comcast Wholesale**
**13431 Collections Center Drive**
**Chicago, IL 60693**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **200.00**

---

Debtor 1    **Back9Network Inc.**
_____
First Name        Middle Name        Last Name

---

**Basis for the claim:**    Ad Sales
_____

Date or dates debt was incurred    **4/23/2015**    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☑ No
☐ Yes

---

| 3.3 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ **25,000.00** |

ComScore, Inc.
4140 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Market Research
_____

Date or dates debt was incurred    **3/25/2014**    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☑ No
☐ Yes

---

| 3.3 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ **4,728.64** |

COMTECH21
P.O. Box 981062
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Utilities
_____

Date or dates debt was incurred    **11/12/2015**    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☑ No
☐ Yes

---

| 3.3 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ **485.11** |

Connecticut Natural Gas Corp.
P.O. Box 9245
Chelsea, MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Utilities
_____

Date or dates debt was incurred    **4/24/2015**    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☑ No
☐ Yes

---

| 3.3 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ **179,524.00** |

Constitution Plaza Holdings
c/o Jones Lang LaSalle
One Constitution Plaza
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

---

Basis for the claim:   **Lease**

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.3 8 | Nonpriority creditor's name and mailing address | | $ **18,000.00** |
|---|---|---|---|

**Conwell, Bill**
**17803 La Cantera Ter**
**#10716**
**San Antonio, TX 78256**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Contract Severance**

| | |
|---|---|
| Date or dates debt was incurred | 2/23/2015 |
| Last 4 digits of account number | |

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.3 9 | Nonpriority creditor's name and mailing address | | $ **200,000.00** |
|---|---|---|---|

**Coughlin, Joe**
**60 Park Drive North**
**Rye, NY 10580**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Money Loaned**

| | |
|---|---|
| Date or dates debt was incurred | 11/25/2014 |
| Last 4 digits of account number | |

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.4 0 | Nonpriority creditor's name and mailing address | | $ **77,709.71** |
|---|---|---|---|

**Covington & Burling, LLP**
**Attn: Accounting Deparment**
**1201 Pennsylvania Avenue**
**Washington, DC 20004**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Government Relations Counsel**

| | |
|---|---|
| Date or dates debt was incurred | 3/06/2014 |
| Last 4 digits of account number | |

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.4 1 | Nonpriority creditor's name and mailing address | | $ **25,000.00** |
|---|---|---|---|

**Cox, Charles**
**80 State House Square #158**
**Hartford, CT 06123**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

Debtor 1   Back9Network Inc.
_____
         First Name          Middle Name          Last Name

Basis for the claim:   Money Loaned
_____

Date or dates debt was incurred   **1/16/2015**          Is the claim subject to offset?

                                                          ☑ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.4 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100,000.00 |

**Crumbie Law**
**100 Pearl Street**
**#12**
**Hartford, CT 06103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   contract claim
_____

Date or dates debt was incurred   **6/21/2014**          Is the claim subject to offset?

                                                          ☑ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.4 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,450.00 |

**CYP AVS, LLC**
**Cyprian Bowlding**
**914 Pleasant Hill Lane**
**Bowie, MD 20716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   3rd Party Production
_____

Date or dates debt was incurred   **12/02/2014**          Is the claim subject to offset?

                                                          ☑ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.4 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 267,069.00 |

**Day Pitney**
**PO Box 416234**
**Boston MA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Legal Services
_____

Date or dates debt was incurred   **12/6/13**          Is the claim subject to offset?

                                                          ☑ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.4 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,000.00 |

Debtor 1   **Back9Network Inc.**

First Name        Middle Name        Last Name

**DelMastro, Danny**
**P.O. Box 151**
**Glastonbury, CT 06033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **2/18/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 6 | | | | | $ | **381.63** |

Nonpriority creditor's name and mailing address
**DirecTV**
**P.O. Box 60036**
**Los Angeles, CA 90060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Date or dates debt was incurred   **4/11/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 7 | | | | | $ | **100,000.00** |

Nonpriority creditor's name and mailing address
**DirecTV Corporate**
**1 Rockefeller Plaza**
**5th Floor**
**New York, NY 10020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **TV Network Distribution & Marketing**

Date or dates debt was incurred   **6/13/2014**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 8 | | | | | $ | **3,192.12** |

Nonpriority creditor's name and mailing address
**DTZ**
**4002 Solutions Center**
**Chicago, IL 60677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Cleaning Services**

Date or dates debt was incurred   **12/01/2014**

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1   **Back9Network Inc.**

First Name        Middle Name             Last Name

---

| 3.4 9 | | | $ | **50,000.00** |

**Nonpriority creditor's name and mailing address**
**Duffy, James**
**15 Williston Road**
**Auburndale, MA 02466**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.5 0 | | | $ | **2,441.66** |

**Nonpriority creditor's name and mailing address**
**Eastern Video Services**
**13 Village Street**
**East Hartford, CT 06108**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Production Services**

Date or dates debt was incurred   **9/12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.5 1 | | | $ | **12,959.53** |

**Nonpriority creditor's name and mailing address**
**EDD, State of California**
**P.O. Box 826215**
**MIC 3A**
**Sacramento, CA 94230**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **State of California**

Date or dates debt was incurred   **11/18/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.5 2 | | | $ | **309,964.82** |

**Nonpriority creditor's name and mailing address**
**Edge Technology Services**
**100 Roscommon Drive**
**Suite 120**
**Middletown, CT 06457**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **employment services**

Date or dates debt was incurred   **9/14/2013**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1    **Back9Network Inc.**
   First Name       Middle Name         Last Name

---

| 3.5 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellis Bottom Line Booking, LLC**
**729 Main Street**
**Longmont, CO 80501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bookeeping Services**

Date or dates debt was incurred  **9/16/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$   **100.00**

---

| 3.5 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**eMediaTrade**
**11800 Wills Road**
**Suite 150**
**Alpharetta, GA 30009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ad Sales Data Provider**

Date or dates debt was incurred  **12/01/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$   **225.00**

---

| 3.5 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Encompass Digital Media, Inc.**
**250 Harbor Drive**
**Stamford, CT 06902**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TV related services rendered**

Date or dates debt was incurred  **7/08/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$   **114,894.11**

---

| 3.5 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Everbank**
**10 Waterview Blvd.**
**Parsippany, NJ 07054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equipment Lessor**

$   **540.36**

---

Debtor 1   **Back9Network Inc.**
                First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **2/28/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.5 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **14,797.03** |

Nonpriority creditor's name and mailing address
**Eversource**
**P.O. Box 650032**
**Dallas, TX 75265**

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Utilities**

Date or dates debt was incurred   **4/30/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.5 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **830,375.65** |

Nonpriority creditor's name and mailing address
**Forum Financial Services**
**275 West Campbell Rd.**
**Suite 320**
**Richardson, TX 75080**

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[✓] Disputed

Basis for the claim:   **leased equipment**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.5 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **85,000.00** |

Nonpriority creditor's name and mailing address
**Furbish, Brian**
**43 Green Lane**
**South Windsor, CT 06074**

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **1/21/2015;**
**12/7/2015**

Last 4 digits of account number   _____

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.6 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,947.85** |

Nonpriority creditor's name and mailing address
**G4S**
**P.O. Box 277469**
**Atlanta, GA 30384**

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

Debtor 1    **Back9Network Inc.**

First Name          Middle Name          Last Name

Basis for the claim:   **Security Services**

Date or dates debt was incurred   **12/22/2014**          Is the claim subject to offset?

☑ No
Last 4 digits of account number          ☐ Yes

---

| 3.6 | | | |
|---|---|---|---|
| 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **525,500.00** |

**Gatherers, LLC**
**4355 Ferguson Drive**
**Suite 280**
**Cincinnati, OH 45245**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **12/7/2015 ;**          Is the claim subject to offset?
**11/4/2014**
**11/32014**
**11/18/2014**
**11/26/2014**
**11/25/2015**

☑ No
Last 4 digits of account number          ☐ Yes

---

| 3.6 | | | |
|---|---|---|---|
| 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **212,421.18** |

**Getty Images**
**GPS, LLP**
**3127 Whitney Avenue**
**Hamden, CT 06518**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **TV related photo rights**

Date or dates debt was incurred   **9/29/2014**          Is the claim subject to offset?

☑ No
Last 4 digits of account number          ☐ Yes

---

| 3.6 | | | |
|---|---|---|---|
| 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **360,000.00** |

**Ghio, Bill and Janet**
**8 Summerberry Circle**
**Bristol, CT 06010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **12/31/2014**          Is the claim subject to offset?

☑ No
Last 4 digits of account number          ☐ Yes

---

Debtor 1    **Back9Network Inc.**

First Name          Middle Name                Last Name

---

| 3.6 4 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Giulietti, Gary**
**5 Atwater Terrace**
**Farmington, CT 06032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

$ **103,333.00**

Date or dates debt was incurred    **12/08/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 5 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Gorman, J. Reid**
**80 State House Square #158**
**Hartford, CT 06123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

$ **25,000.00**

Date or dates debt was incurred    **12/10/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 6 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Grant, Neil and Ruth**
**2830 Polk Street**
**Houston, TX 77003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

$ **50,000.00**

Date or dates debt was incurred    **1/21/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 7 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Grass Valley**
**2255 N. Ontario Street,**
**Suite170**
**Burbank, CA 91504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **equipment lease**

$ **684,971.55**

Date or dates debt was incurred    **6/16/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1  **Back9Network Inc.**

First Name          Middle Name          Last Name

---

| 3.6 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grundfast, Matthew**
**130 E. Westerlee Drive**
**Leesburg, GA 31763**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Money Loaned**

Date or dates debt was incurred   **1/21/2015**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$   **100,000.00**

---

| 3.6 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hartford 21**
**221 Trumbull Street**
**Hartford, CT 06103**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Hospitality**

Date or dates debt was incurred   **9/23/2014**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$   **800.00**

---

| 3.7 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**HB Communications, Inc.**
**60 Dodge Avenue**
**P.O. Box 689**
**North Haven, CT 06473**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   **equipment lease**

Date or dates debt was incurred   **4/23/2015**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$   **121,696.32**

---

| 3.7 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hinckley Allen & Snyder LLP**
**50 Kennedy Plaza**
**Suite 1500**
**Providence, RI 02903**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Services**

$   **31,655.90**

---

Debtor 1    **Back9Network Inc.**

First Name    Middle Name    Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

[✓] No

[ ] Yes

---

| 3.7 2 | | | |

**Nonpriority creditor's name and mailing address**
**Hutchinson, Brett**
**2480 16th Street NW**
**Apt. 88**
**Washington, DC 20009**

$ 390.00

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:    **Website Engineering**

Date or dates debt was incurred    **12/03/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

[✓] No

[ ] Yes

---

| 3.7 3 | | | |

**Nonpriority creditor's name and mailing address**
**Ignition Creative**
**12959 Coral Tree Place**
**Los Angeles, CA 90066**

$ 80,689.84

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:    **Services Rendered**

Date or dates debt was incurred    **4/17/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

[✓] No

[ ] Yes

---

| 3.7 4 | | | |

**Nonpriority creditor's name and mailing address**
**IMG Productions**
 **432 W. 45th St.**
**New York, NY 10036**

$ 780,000.00

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[✓] Disputed

Basis for the claim:    **content acquistion**

Date or dates debt was incurred    **6/23/14**

Last 4 digits of account number _____

Is the claim subject to offset?

[✓] No

[ ] Yes

---

| 3.7 5 | | | |

**Nonpriority creditor's name and mailing address**
**James, Matt**
**7 The Glade**
**Simsbury, CT 06070**

$ 50,000.00

As of the petition filing date, the claim is:
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:    **Money Loaned**

---

Debtor 1    **Back9Network Inc.**

First Name       Middle Name              Last Name

---

| Date or dates debt was incurred | 2/13/2015 | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

**3.7 6**

Nonpriority creditor's name and mailing address
Henry, JJ
c/o Lagardere Unlimited
6628 Bryant Irvin Road
Suite 100
Fort Worth, TX 76132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Marketing**

$    12,500.00

| Date or dates debt was incurred | 5/01/2013 | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

**3.7 7**

Nonpriority creditor's name and mailing address
Johnson Controls
P.O. Box 905240
Charlotte, NC 28290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Studio Systems**

$    3,114.99

| Date or dates debt was incurred | 10/12/2015 | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

**3.7 8**

Nonpriority creditor's name and mailing address
K2 Marketing Group, Inc.
Attn: Accounts Receivable
153 Telemark Court
Steamboat Springs, CO 80487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Advertising Services**

$    10,579.79

| Date or dates debt was incurred | 3/27/2013 | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

**3.7 9**

Nonpriority creditor's name and mailing address
Kahle, Richard
717 NE Lake Pointe Drive
Lees Summit, MO 64064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    25,000.00

---

Debtor 1   **Back9Network Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

---

**Basis for the claim:** Money Loaned

Date or dates debt was incurred   1/22/2015

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.8 0 | **Nonpriority creditor's name and mailing address** | | $ 3,227.60 |

Kalinowski, Brian
219 West Norwalk Road
Norwalk, CT 06850

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** expense reimbursement

Date or dates debt was incurred   12/30/2014

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.8 1 | **Nonpriority creditor's name and mailing address** | | $ 8,500.00 |

Kamerman, Trent
25612 Dillon Road
Laguna Hills, CA 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** 3rd Party Production

Date or dates debt was incurred   11/13/2014

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.8 2 | **Nonpriority creditor's name and mailing address** | | $ 17,000.00 |

Kantar Media
SRDS
P.O. Box 8500-8601
Philadelphia, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Media Marketing

Date or dates debt was incurred   9/22/2014

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.8 3 | **Nonpriority creditor's name and mailing address** | | $ 10,274.37 |

Kelly, Tom
56 Frances Place
Stratford, CT 06615

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

Debtor 1  __Back9Network Inc.__

First Name          Middle Name          Last Name

Basis for the claim:  **Unpaid Wages**

Date or dates debt was incurred  **2/23/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____      ☐ Yes

---

| 3.8 4 | |
|---|---|

Nonpriority creditor's name and mailing address
**Krapek, Karl**
**11 Pembroke Drive**
**Avon, CT 06001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Loaned**

$  **760,000.00**

Date or dates debt was incurred  **11/21/2014,**
**1/22/2015 and**
**12/09/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____      ☐ Yes

---

| 3.8 5 | |
|---|---|

Nonpriority creditor's name and mailing address
**Lanford, John B.**
**214 Lakeview Drive**
**Clinton, MS 39056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **3rd Party Production**

$  **3,750.00**

Date or dates debt was incurred  **11/26/2014**

Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____      ☐ Yes

---

| 3.8 6 | |
|---|---|

Nonpriority creditor's name and mailing address
**LAZ Parking**
**15 Lewis Street**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Parking**

$  **571.11**

Date or dates debt was incurred  **2/15/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____      ☐ Yes

---

| 3.8 7 | |
|---|---|

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$  **34,447.60**

---

Debtor 1    **Back9Network Inc.**
_____
First Name        Middle Name        Last Name

| | |
|---|---|
| **LCA Bank Corporation**<br>**PO Box 1650**<br>**Troy, MI 48099-1650** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **leased equipment** |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.8 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |
|---|---|---|
| **Lee, Sung**<br>**1-3-2-E402 Moto Azabu**<br>**Minato-ku**<br>**Tokyo, Japan** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money Loaned** | |
| Date or dates debt was incurred  **1/28/2015** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number _____ | | |

---

**3.8 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100,366.66 |
|---|---|---|
| **Legacy Distribution, LLC**<br>**160 Trowbridge Road**<br>**Atlanta, GA 30350** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Content Syndication** | |
| Date or dates debt was incurred  **7/15/2014** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number _____ | | |

---

**3.9 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,000.00 |
|---|---|---|
| **Levy, Coleman**<br>**22 Avondale Road**<br>**West Hartford, CT 06117** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money Loaned** | |
| Date or dates debt was incurred  **1/26/2015** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number _____ | | |

---

**3.9 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,942.18 |
|---|---|---|

Debtor 1    **Back9Network Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

---

Lizzio Productions, Inc.
510 Smith Court
Edgewater, NJ 07020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**3rd Party Production**

Date or dates debt was incurred　**10/20/2014**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | |
|-----|--|
| 2 | |

Nonpriority creditor's name and mailing address
**Lockton**
**c/o Bank of America**
**P.O. Box 3207**
**Boston, MA 02241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Insurance**

$　**19,445.00**

Date or dates debt was incurred　**12/19/2014**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | |
|-----|--|
| 3 | |

Nonpriority creditor's name and mailing address
**Lynch, Daryl**
**49 Buckingham Road**
**Avon, CT 06001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**expense reimbursemnt**

$　**1,290.58**

Date or dates debt was incurred　**2/23/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | |
|-----|--|
| 4 | |

Nonpriority creditor's name and mailing address
**M2Lease Funds**
**175 N. Patrick Boulevard**
**Suite 140**
**Brookfield, WI 50345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:　**Leased property**

$　**114,451.08**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Back9Network Inc.**
_____
First Name        Middle Name              Last Name

---

| 3.9 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |

**Maggio, Dominick**
**22 Mercer Street**
**New York, NY 10013**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **1/21/2015**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

---

| 3.9 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 92,500.00 |

**Maginnes, John**
**6609 21 Dillingham Place**
**Greensboro, NC 27455**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    **Contract Severance**

Date or dates debt was incurred    **2/23/2015**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

---

| 3.9 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 69,493.15 |

**Magliocco, Rita**
**85 Alberts Hill Road**
**Sandy Hook, CT 06482**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    **Employment Contract**

Date or dates debt was incurred    **7/14/2014**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

---

| 3.9 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 350.00 |

**Manavian, Michael**
**115 E. Putnam**
**Greenwich, CT 06830**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    **Content Production**

Date or dates debt was incurred    **1/13/2015**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

---

Debtor 1   **Back9Network Inc.**
_____
First Name       Middle Name       Last Name

---

| 3.9 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marcarello, Michael**
**248 West Cedar Street**
**Norwalk, CT 06854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,780.89**

Basis for the claim:   expense reimbursement

Date or dates debt was incurred   2/23/2015

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mark's Corpex**
**P.O. Box 504484**
**Saint Louis, MO 63150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **45.95**

Basis for the claim:   Stock Certificate Fees

Date or dates debt was incurred   4/01/2015

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Markertek Video Supp**
**1 Tower Drive**
**P.O. Box 397**
**Saugerties, NY 12477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,703.44**

Basis for the claim:   Production Supplies

Date or dates debt was incurred   10/24/2014

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Masergy**
**5757 West Century Blvd.**
**Suite575**
**Los Angeles, CA 90045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,403.24**

Basis for the claim:   Utilities

Date or dates debt was incurred   12/15/2014

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1  **Back9Network Inc.**

    First Name        Middle Name        Last Name

---

**3.1 03**

Nonpriority creditor's name and mailing address
**Mediocre Golf Association**
**2047 Turk Blvd.**
**#3**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Content Production**

$ **390.00**

Date or dates debt was incurred  **1/28/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.1 04**

Nonpriority creditor's name and mailing address
**Meridian Design**
**1140 Broadway**
**New York, NY 10001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Leasehold Improvements**

$ **11,007.04**

Date or dates debt was incurred  **10/20/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.1 05**

Nonpriority creditor's name and mailing address
**Michigami,  Michael**
**Two Langley Park**
**Farmington, CT 06032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Loaned**

$ **3,500.00**

Date or dates debt was incurred  **11/30/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.1 06**

Nonpriority creditor's name and mailing address
**Molina, Brandon**
**3015 Winglewood Circle**
**Lutz, FL 33558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Severance**

$ **31,250.00**

---

Debtor 1    **Back9Network Inc.**

First Name          Middle Name                    Last Name

| | |
|---|---|
| Date or dates debt was incurred    **2/23/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **50,000.00** |
|---|---|---|---|
| | **Monaco, Donato** | Check all that apply. | |
| | **7 Summer Wind** | ☐ Contingent | |
| | **Cromwell, CT 06416** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Money Loaned**

| | |
|---|---|
| Date or dates debt was incurred    **1/09/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **25,000.00** |
|---|---|---|---|
| | **Montanari, Brian** | Check all that apply. | |
| | **47 Bay Road** | ☐ Contingent | |
| | **East Hampton, CT 06424** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Money Loaned**

| | |
|---|---|
| Date or dates debt was incurred    **1/23/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **15,476.08** |
|---|---|---|---|
| | **Myers** | Check all that apply. | |
| | **19R Hawley Street** | ☐ Contingent | |
| | **Northampton, MA 01060** | ☐ Unliquidated | |
| | | ☑ Disputed | |

Basis for the claim:    **Technical Services**

| | |
|---|---|
| Date or dates debt was incurred    **12/02/2014** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,839.00** |
|---|---|---|---|
| | **National Sweepstakes Company** | Check all that apply. | |
| | **693 East Avenue** | ☐ Contingent | |
| | **Rochester, NY 14607** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Marketing**

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **7/15/2014**

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

| 3.1 11 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Nayden, Denis J.**
**131 Quayside Drive**
**West Palm Beach, FL 33411**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Money Loaned**

$   **260,000.00**

Date or dates debt was incurred   **1/21/2015 and 12/07/2015**

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

| 3.1 12 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**O'Connor, Raymond**
**81 Trumbull Road**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Money Loaned**

$   **10,000.00**

Date or dates debt was incurred   **1/22/2015**

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

| 3.1 13 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Outbrain, Inc.**
**39 West 13th Street**
**3rd Floor**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:   **Advertising Services**

$   **34,056.71**

Date or dates debt was incurred   **8/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

| 3.1 14 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Paolino, Julie**
**32 Mason Lane**
**Somers, CT 06071**

As of the petition filing date, the claim is:
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

$   **50,000.00**

---

Debtor 1    **Back9Network Inc.**

First Name        Middle Name        Last Name

Basis for the claim:    Money Loaned

Date or dates debt was incurred    1/21/2015        Is the claim subject to offset?

☑ No

Last 4 digits of account number        ☐ Yes

---

| 3.1 15 | Nonpriority creditor's name and mailing address | | $ 67,500.00 |

Patel, Rahul
117 Grouse Hill Road
Glastonbury, CT 06033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Money Loaned

Date or dates debt was incurred    11/21/2014, 1/16/2015 and 2/06/2015        Is the claim subject to offset?

☑ No

Last 4 digits of account number        ☐ Yes

---

| 3.1 16 | Nonpriority creditor's name and mailing address | | $ 4,625.65 |

PC Connection
730 Milford Road
Merrimack, NH 03054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Production Supplies

Date or dates debt was incurred    10/13/2014        Is the claim subject to offset?

☑ No

Last 4 digits of account number        ☐ Yes

---

| 3.1 17 | Nonpriority creditor's name and mailing address | | $ 40,000.00 |

Pendergast, Paul
2 Thistle Hollow
Avon, CT 06001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Unpaid wages

Date or dates debt was incurred    2/23/2015        Is the claim subject to offset?

☑ No

Last 4 digits of account number        ☐ Yes

---

| 3.1 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,250.00 |

---

Debtor 1   **Back9Network Inc.**

| First Name | Middle Name | Last Name |
| --- | --- | --- |

Petroniro, Randy
114 Harrison Drive
Wolcott, CT 06716

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Money Loaned

Date or dates debt was incurred   **2/17/2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 19 | | | | $ 8,688.04 |
| --- | --- | --- | --- | --- |

Nonpriority creditor's name and mailing address
**PGA Tour**
**110 TPC Blvd.**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Golf Organization

Date or dates debt was incurred   **11/23/2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 20 | | | | $ 533,320.80 |
| --- | --- | --- | --- | --- |

Nonpriority creditor's name and mailing address
**Phoenicia Sport & Entertainmen**
**P.O. Box 95**
**Center Valley, PA 18034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   sales team contract vendor

Date or dates debt was incurred   **7/11/2014**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 21 | | | | $ 110,551.99 |
| --- | --- | --- | --- | --- |

Nonpriority creditor's name and mailing address
**Phoenix Life Insurance Company**
**One American Row**
**P.O. Box 5056**
**Hartford, CT 06102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Landlord for One American Row

Date or dates debt was incurred   **11/01/2012**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor 1  **Back9Network Inc.**
_____
First Name        Middle Name        Last Name

| | | |
|---|---|---|

**3.1 22**

Nonpriority creditor's name and mailing address
**Poland Spring Direct**
**6661 Dixie Highway**
**Suite 4**
**Louisville, KY 40258**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

$ **4,045.94**

Date or dates debt was incurred  **7/13/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1 23**

Nonpriority creditor's name and mailing address
**PR Newswire**
**P.O. Box 5897**
**New York, NY 10087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR Services**

$ **3,676.53**

Date or dates debt was incurred  **8/24/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1 24**

Nonpriority creditor's name and mailing address
**Propark America**
**109 Constitution Plaza**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Services**

$ **1,754.83**

Date or dates debt was incurred  **2/06/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1 25**

Nonpriority creditor's name and mailing address
**Proskauer Rose LLP**
**Eleven Times Square**
**New York, NY 10036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

$ **133,580.46**

Date or dates debt was incurred  **6/13/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1 **Back9Network Inc.**

First Name      Middle Name      Last Name

---

| 3.1 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100,000.00 |
|---|---|---|---|

**Quattrone Family Trust**
**13432 Middlefork Lane**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred **2/13/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,936.66 |
|---|---|---|---|

**Rackspace**
**P.O. Box 730759**
**Dallas, TX 75373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Web services**

Date or dates debt was incurred **7/31/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 510,000.00 |
|---|---|---|---|

**Raether, Paul E.**
**11892 Turtle Beach Road**
**Palm Beach, FL 33480**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred **12/26/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100,000.00 |
|---|---|---|---|

**Raser, Gary**
**3493 Rockcliffe Place**
**Mid Florida, FL 32799**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Date or dates debt was incurred **1/23/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor 1  **Back9Network Inc.**

First Name  Middle Name  Last Name

---

| | | |
|---|---|---|
| **3.1 30** | Nonpriority creditor's name and mailing address<br>**Rashad Enterprises, Inc.**<br>**c/o CDL Family Office**<br>**505 South Flagler Drive**<br>**Suite 900**<br>**West Palm Beach, FL 33401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Personal Services contract** |

$ **83,701.63**

Date or dates debt was incurred  **8/16/2013**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 31** | Nonpriority creditor's name and mailing address<br>**Red Bull Media House**<br>**1740 Stewart Street**<br>**Santa Monica, CA 90404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Content Syndication** |

$ **50,000.00**

Date or dates debt was incurred  **1/20/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 32** | Nonpriority creditor's name and mailing address<br>**Remy, Jim**<br>**20 South Hill Street**<br>**Ludlow, VT 05149** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Former Consultant** |

$ **1,326.16**

Date or dates debt was incurred  **2/23/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 33** | Nonpriority creditor's name and mailing address<br>**Cohn Reznick**<br>**124 Eugene O'Neill Drive**<br>**Suite 120**<br>**New London, CT 06320** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Professional Services** |

$ **23,500.00**

---

Debtor 1   **Back9Network Inc.**
_____
First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred  **9/22/2014** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 19,000.00 |
|---|---|---|---|

**Rising Tide Sports**
**211 East Washington Street**
**Suite B**
**Greenville, SC 29601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Marketing Consultant**

| | |
|---|---|
| Date or dates debt was incurred  **8/18/2014** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,862.00 |
|---|---|---|---|

**Robinson & Cole LLP**
**280 Trumbull Street**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Legal Services**

| | |
|---|---|
| Date or dates debt was incurred  **9/30/2014** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |
|---|---|---|---|

**Roisman, Gerald**
**164 Beacon Hill Drive**
**West Hartford, CT 06117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

| | |
|---|---|
| Date or dates debt was incurred  **2/03/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 446.60 |
|---|---|---|---|

**Roma Industries**
**P.O. Box 1130**
**Largo, FL 33779**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Back9Network Inc.**

First Name        Middle Name            Last Name

Basis for the claim:    **Marketing**

Date or dates debt was incurred    **12/08/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.1 38**

Nonpriority creditor's name and mailing address

**Rossi, Ted**
**213 Court Street**
**Suite 603**
**Middletown, CT 06457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

$    **60,000.00**

Date or dates debt was incurred    **1/28/2015 and 12/07/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.1 39**

Nonpriority creditor's name and mailing address

**Rothenberg Ventures, LLC**
**1062 Folsom Street**
**Suite 200**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Rent in California**

$    **2,994.00**

Date or dates debt was incurred    **8/01/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.1 40**

Nonpriority creditor's name and mailing address

**Rude, Jeff**
**6609 Doubletrace Lane**
**Orlando, FL 32819**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Expense Reimbursement**

$    **3,714.56**

Date or dates debt was incurred    **2/23/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.1 41**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$    **83,250.00**

---

Debtor 1    **Back9Network Inc.**

First Name         Middle Name              Last Name

**Rude, Jeff**
**6609 Doubletrace Lane**
**Orlando, FL 32819**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contract Severance**

Date or dates debt was incurred    **2/23/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 42 | | | | $ | **11,349.88** |

Nonpriority creditor's name and mailing address
**Salerno, Joe**
**2896 Reserve Court**
**Aurora, IL 60502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consultant**

Date or dates debt was incurred    **2/23/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 43 | | | | $ | **5,538.00** |

Nonpriority creditor's name and mailing address
**Sanders Legal Group**
**880 Third Avenue**
**14th Floor**
**New York, NY 10022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Legal Services**

Date or dates debt was incurred    **8/07/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 44 | | | | $ | **18,750.00** |

Nonpriority creditor's name and mailing address
**Sandore, Pete**
**P.O. Box 152**
**Knotter Drive**
**Ansonia, CT 06401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **2/13/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

---

| | |
|---|---|
| 3.1 45 | |

**Nonpriority creditor's name and mailing address**
**Santangelo, Michael**
**17 Jennifer Lane**
**Cromwell, CT 06416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Money Loaned**

$ **25,000.00**

Date or dates debt was incurred   **1/23/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| 3.1 46 | |

**Nonpriority creditor's name and mailing address**
**ScrippsNetworks**
**P.O. Box 602031**
**Charlotte, NC 28260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Content Acquisition**

$ **16,900.00**

Date or dates debt was incurred   **8/25/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| 3.1 47 | |

**Nonpriority creditor's name and mailing address**
**Second Street Media, Inc.**
**1017 Olive Street**
**Saint Louis, MO 63101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Marketing**

$ **3,150.00**

Date or dates debt was incurred   **4/18/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| 3.1 48 | |

**Nonpriority creditor's name and mailing address**
**Shadowworks, Inc.**
**4105 W. San Luis**
**Tampa, FL 33629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **3rd Party Production**

$ **22,575.75**

Date or dates debt was incurred   **11/10/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1   **Back9Network Inc.**

First Name        Middle Name        Last Name

---

| 3.1 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 744.45 |

Nonpriority creditor's name and mailing address
**Shelly Sindland Media**
**44 Mayflower Street**
**West Hartford, CT 06110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **PR Consultant**

Date or dates debt was incurred   **2/06/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 50 |

Nonpriority creditor's name and mailing address
**Shutterstock, Inc.**
**Dept. CH 17445**
**Palatine, IL 60055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.00

Basis for the claim:   **Online Media Licensing**

Date or dates debt was incurred   **8/28/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 51 |

Nonpriority creditor's name and mailing address
**Silva, Carlos**
**9810 Potomac Manors Drive**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

Basis for the claim:   **Money Loaned**

Date or dates debt was incurred   **12/12/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 52 |

Nonpriority creditor's name and mailing address
**SNL Financial**
**One SNL Plaza**
**Charlottesville, VA 22902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,000.00

Basis for the claim:   **Professional Services**

Date or dates debt was incurred   **6/30/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1   **Back9Network Inc.**

First Name        Middle Name                Last Name

---

**3.1**
**53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **25,000.00** |
|---|---|---|
| **Spengler, Paul** | *Check all that apply.* | |
| **4206 Grand Traverse Drive** | ☐ Contingent | |
| **Charlotte, NC 28278** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:   consultant fees

Date or dates debt was incurred   **2/23/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.1**
**54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,000.00** |
|---|---|---|
| **SportsData, LLC** | *Check all that apply.* | |
| **150 S. 5th Street** | ☐ Contingent | |
| **#1700** | ☐ Unliquidated | |
| **Minneapolis, MN 55402** | ☐ Disputed | |

Basis for the claim:   **Marketing**

Date or dates debt was incurred   **1/02/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.1**
**55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,326.55** |
|---|---|---|
| **Standard Insurance Company** | *Check all that apply.* | |
| **P.O. Box 5676** | ☐ Contingent | |
| **Portland, OR 97228** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:   Insurance

Date or dates debt was incurred   **4/01/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.1**
**56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **29,924.62** |
|---|---|---|
| **State of Delaware** | *Check all that apply.* | |
| **P.O. Box 5509** | ☐ Contingent | |
| **Binghamton, NY 13902** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:   **Franchise Tax Bill**

Date or dates debt was incurred   **6/06/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

Debtor 1   **Back9Network Inc.**

First Name          Middle Name          Last Name

---

| 3.1 57 | | | |

**Nonpriority creditor's name and mailing address**
StrongView Systems, Inc.
Department 3049
P.O. Box 123049
Dallas, TX 75312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Online email delivery system

$   60,000.00

Date or dates debt was incurred   6/30/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 58 | | | |

**Nonpriority creditor's name and mailing address**
Stubblefield Family Trust
5821 Fairview Road
Suite 106
Charlotte, NC 28209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Money Loaned

$   200,000.00

Date or dates debt was incurred   10/09/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 59 | | | |

**Nonpriority creditor's name and mailing address**
Sullivan & LeShane
289 Capitol Avenue
Hartford, CT 06106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   PR Services

$   7,584.08

Date or dates debt was incurred   3/06/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 60 | | | |

**Nonpriority creditor's name and mailing address**
The Hartford
P.O. Box 660916
Dallas, TX 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Insurance

$   10,974.00

---

Debtor 1    **Back9Network Inc.**

First Name        Middle Name            Last Name

---

Date or dates debt was incurred **3/12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 61 | Nonpriority creditor's name and mailing address **The Majestic Press** **100 Railroad Avenue** **Unionville, CT 06085** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **1,562.28** |

Basis for the claim:    **Office Supplies**

Date or dates debt was incurred **1/07/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 62 | Nonpriority creditor's name and mailing address **The Media Group, Inc.** **848 West Bartlett Road** **Suite 10E** **Bartlett, IL 60103** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **2,000.00** |

Basis for the claim:    **PR Services**

Date or dates debt was incurred **12/30/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 63 | Nonpriority creditor's name and mailing address **The Platform** **1000 Second Avenue** **Suite 1000** **Seattle, WA 98104** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **30,783.97** |

Basis for the claim:    **Archive video online platform**

Date or dates debt was incurred **6/24/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 64 | Nonpriority creditor's name and mailing address **TPS Group** **P.O. Box 478** **North Haven, CT 06473** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **418.00** |

---

Debtor 1   **Back9Network Inc.**

First Name       Middle Name              Last Name

**Basis for the claim:**  401K Admin

Date or dates debt was incurred   **10/01/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 85 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Trace Productions**
**305 Spring Creek Village**
**Suite 493**
**Dallas, TX 75248**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  3rd Party Production

$ **3,224.00**

Date or dates debt was incurred   **10/23/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 66 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Tribune Media Services, LLC**
**P.O. Box 10026**
**Albany, NY 12201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing

$ **5,350.00**

Date or dates debt was incurred   **11/24/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 67 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Triple Play Productions**
**741 Millbrook Road**
**Middletown, CT 06457**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  3rd Party Production

$ **1,650.00**

Date or dates debt was incurred   **12/12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 68 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Troutman Sanders LLP**
**875 Third Avenue**
**New York, NY 10022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **176,541.61**

---

Debtor 1  **Back9Network Inc.**

First Name        Middle Name        Last Name

| | | |
|---|---|---|
| | Basis for the claim: | **General Counsel Attorneys** |

Date or dates debt was incurred  **7/18/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **425.00** |
|---|---|---|---|

**Turnstile Media Group**
**1500 Park Center Drive**
**Orlando, FL 32835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR Services**

Date or dates debt was incurred  **1/08/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **35, 649.68** |
|---|---|---|---|

**Upton, Caite**
**1104 S. Hayworth Avenue**
**Los Angeles, CA 90035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Severance and expense**
**reimbursement**

Date or dates debt was incurred  **2/23/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,000.00** |
|---|---|---|---|

**Veras Communications, Inc.**
**9874 Turning Leaf Trail**
**Brecksville, OH 44141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former Consultant**

Date or dates debt was incurred  **10/16/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **811.86** |
|---|---|---|---|

Debtor 1   **Back9Network Inc.**

First Name         Middle Name         Last Name

**Verizon**
P.O. Box 15124
Albany, NY 12212

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cellular Services

Date or dates debt was incurred  8/09/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 73 |

Nonpriority creditor's name and mailing address
**VertitechIT**
4 Open Square Way
Suite 310
Holyoke, MA 01040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  leased equipment

$  117,789.00

Date or dates debt was incurred  4/10/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 74 |

Nonpriority creditor's name and mailing address
**Victor Advertising Service**
54 Tuttle Place
Middletown, CT 06457

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promotional Services

$  1,900.00

Date or dates debt was incurred  10/06/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 75 |

Nonpriority creditor's name and mailing address
**Vistage Worldwide**
11452 El Camino Road
Suite 400
San Diego, CA 92130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Industry Membership

$  3,885.00

Date or dates debt was incurred  11/20/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor 1   **Back9Network Inc.**

First Name        Middle Name        Last Name

---

| 3.1 76 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Voya Nat. Trust**
P.O. Box 75131
Charlotte, NC 28275

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **401K Admin**

$ **375.00**

Date or dates debt was incurred  **7/24/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 77 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**VSI HD**
20 South Hill Street
Ludlow, VT 05149

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **3rd Party Production**

$ **1,312.85**

Date or dates debt was incurred  **1/15/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 78 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**W.B. Mason Co., Inc.**
P.O. Box 981101
Boston, MA 02298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Supplies**

$ **1,048.50**

Date or dates debt was incurred  **1/07/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 79 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Waugh, Seth**
60 Wall Street
New York, NY 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

$ **100,000.00**

Date or dates debt was incurred  **11/21/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1    **Back9Network Inc.**

First Name          Middle Name              Last Name

---

| 3.1 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |

**Wehr, Jim**
**11 Natures Way**
**South Windsor, CT 06074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **1/16/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 81 |

**Whelen, George W, IV**
**51 Joshua Lane**
**Old Lyme, CT 06371**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **12/12/2014**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 82 |

**Wolff Family Trust**
**16 Jonathan Drive**
**Ellington, CT 06029**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **1/22/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1 83 |

**Wolff, Elizabeth**
**16 Jonathan Drive**
**Ellington, CT 06029**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

Basis for the claim:    **Money Loaned**

Date or dates debt was incurred    **1/22/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1    **Back9Network Inc.**

First Name        Middle Name        Last Name

| | |
|---|---|
| 3.1<br>84 | Nonpriority creditor's name and mailing address |

**Zen Video**
**3219 E Camelback Road**
**#265**
**Phoenix, AZ 85018**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$    **16,968.40**

Basis for the claim:    **3rd Party Production**

Date or dates debt was incurred    **12/28/2014**

Last 4 digits of account number

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 632,451.73 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,257,823.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,890,275.07 |

**Fill in this information to identify the case:**

Debtor name   **Back9Network Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Equipment Services** |
| | State the term remaining | |
| | List the contract number of any government contract | **Aztec Office Technology** <br> **35 Philmack Drive** <br> **Suite A100** <br> **Middletown, CT 06457** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Option to purchase tax credits** |
| | State the term remaining | **terminates December 2016** |
| | List the contract number of any government contract | **CFC Capital, LLC** <br> **76 Progress Drive** <br> **Stamford, CT 06902** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Premises Located at 10 Constitution Plaza Hartford CT** |
| | State the term remaining | **terminates February 2023** |
| | List the contract number of any government contract | **Constitution Plaza Holding LLC** <br> **c/o Jones Lang LaSalle** <br> **One Constitution Plaza** <br> **7th Floor** <br> **Hartford, CT 06103** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease 10th Floor One American Row, Hartford CT** |
| | State the term remaining | **terminates November 2022** |
| | List the contract number of any government contract | **Phoenix Life Insurance Company** <br> **One American Row** <br> **PO Box 5056** <br> **Hartford, CT 06102** |

Debtor 1   Back9Network Inc.                                                    Case number (if known)
           First Name      Middle Name          Last Name

 **Additional Page If You Have More Contracts or Leases**

2. List all contracts and unexpired leases          State the name and mailing address for all other parties with
                                                    whom the debtor has an executory contract or unexpired
                                                    lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Web Hosting Services Agreement | |
|------|------|------|------|
| | State the term remaining | | Rackspace |
| | List the contract number of any government contract | | P.O. Box 730759 Dallas, TX 75373 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Media Content | |
|------|------|------|------|
| | State the term remaining | | Skadaddle Media |
| | List the contract number of any government contract | | c/o Rowan & Martin 3100 Donald Douglas Loop North Santa Monica, CA 90405 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Archive video online platform | |
|------|------|------|------|
| | State the term remaining | | thePlatform |
| | List the contract number of any government contract | | 1000 Second Avenue Suite 1000 Seattle, WA 98104 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Back9Network Inc.

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

   2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.
      *Column 1: Codebtor*                                     *Column 2: Creditor*

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

## United States Bankruptcy Court
### District of Connecticut

In re  __Back9Network Inc._____   Case No. _____

                                                      Debtor(s)          Chapter   __11_____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Abro, Chuck<br>300 Beach Drive NE #904<br>St. Petersburg, FL 33701 | Preferred A | 33,334 | |
| Aggressive Technology Fund LLC<br>240 Hartford Avenue<br>Newington, CT 06111 | Preferred A | 75,000 | |
| Allen, Dennis<br>P.O. Box 1072<br>Genoa, NV 89411 | Common Stock | 191,667 | |
| Allen, Ray<br>7984 Esta Lane<br>Orlando, FL 32827 | Preferred B | 130,370 | |
| Anderson, Charles<br>1088 Park Avenue<br>Apt. 12F<br>New York, NY 10128 | Preferred C | 125,000 | |
| Auriemma, Geno<br>180 Garth Road<br>Manchester, CT 06040 | Preferred A | 33,334 | |
| AZB9, LLC<br>7377 E. Doubletree Ranch Road<br>Suite 100<br>Scottsdale, AZ 85258 | Preferred B | 100,000 | |
| B9C, LLC<br>47 Bay Road<br>East Hampton, CT 06424 | Preferred C | 45,000 | |
| Bantry Bay Ventures LLC<br>40 Woodland Street<br>Hartford, CT 06105 | Preferred A | 16,667 | |
| Barrow, Jordan<br>401 E. 65th Street<br>Apt. BD<br>New York, NY 10065 | Preferred B | 12,500 | |
| Bearse, Karen & Christine<br>3401 SE Court Drive<br>Stuart, FL 34997 | Preferred B | 12,500 | |

Best Case Bankruptcy

In re:  **Back9Network Inc.**                                          Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beaudoin, Thomas<br>398 Columbus Ave., PMB 627<br>Boston, MA 02116 | Preferred C | 50,000 | |
| Berman, John<br>664 Farmington Avenue<br>Hartford, CT 06105 | Preferred A | 33,334 | |
| Berman, Joshua<br>83 Walworth Avenue<br>Scarsdale, NY 10583 | Preferred A | 25,000 | |
| Berman, Joshua<br>83 Walworth Avenue<br>Scarsdale, NY 10583 | Common Stock | 7,000 | |
| Bermel, John<br>237 Old Farms Road<br>Simsbury, CT 06070 | Preferred C | 50,000 | |
| Bezu, Christophe<br>5 Magazine Gap Road<br>Hong Kong | Preferred A | 10,000 | |
| BH Revocable Trust<br>20900 NE 30th Avenue<br>Suite 200<br>Miami, FL 33180 | Common Stock | 550,000 | |
| Bivona, Tom<br>27 Bradley Way<br>Glastonbury, CT 06033 | Preferred B | 25,000 | |
| Blitzer, David<br>345 Park Avenue<br>43rd Floor<br>New York, NY 10154 | Preferred C | 50,000 | |
| Blythe, Frank<br>5524 Challisford Lane<br>Charlotte, NC 28226 | Preferred A | 33,334 | |
| Boghosian, Karlos<br>1 Ryan Circle<br>Simsbury, CT 06070 | Preferred C | 8,000 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Back9Network Inc.** _____    Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Borges, Francisco<br>10 Mill Pond Lane<br>Simsbury, CT 06070 | Preferred A | 122,653 | |
| Borges, Francisco<br>10 Mill Pond Lane<br>Simsbury, CT 06070 | Preferred B | 95,511 | |
| Borges, Francisco<br>10 Mill Pond Road<br>Simsbury, CT 06070 | Preferred C | 250,000 | |
| Bosworth Family Dynasty Trust<br>4 Apple Lane<br>Simsbury, CT 06070 | Common | 1,250,000. | |
| Bosworth Jr., James L.<br>4 Apple Lane<br>Simsbury, CT 06070 | Common Stock | 1,247,298 | |
| Bosworth, Dennis<br>2 Greenway Plaza<br>#430<br>Houston, TX 77046 | Common Stock | 35,000 | |
| Bracken, Jack<br>57 Breezy Knoll<br>Avon, CT 06001 | Preferred A | 33,334 | |
| Braund, Richard<br>1770 Springer Street<br>Atlanta, GA 30318 | Preferred B | 10,000 | |
| BRH, LLC<br>15 Mullen Road<br>Enfield, CT 06082 | Preferred B | 50,000 | |
| Burke, Edward<br>136 SE Rio Casarano<br>Port Saint Lucie, FL 34984 | Preferred B | 25,000 | |
| Cantor, Micheal & Shari<br>39 Colony Road<br>West Hartford, CT 06117 | Preferred B | 50,000 | |
| Carlin, Mark<br>2338 Cholehurst Drive<br>Los Angeles, CA 90027 | Preferred C | 50,000 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

In re:  __Back9Network Inc.__                                          Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carney, Frank & Amelia<br>21 Shepard Road<br>Pelham, NH 03076 | Preferred B | 12,500 | |
| Carr, Anthony & Sherry<br>1311 Crosbill Court<br>Fort Lauderdale, FL 33327 | Preferred C | 42,200 | |
| Casalino, Ronald<br>20 Manila Street<br>Oakville, CT 06779 | Preferred B | 25,000 | |
| Chapman, John M.<br>80 Grennan Road<br>West Hartford, CT 06107 | Preferred C | 50,000 | |
| Chu, John<br>664 Woodstock Road<br>Burlingame, CA 94010 | Preferred C | 50,000 | |
| Clementi, John<br>101 Arch Street<br>18th Floor<br>Boston, MA 02110 | Preferred B | 25,000 | |
| Collins, Sue<br>201 E. 36th Street<br>New York, NY 10016 | Preferred B | 62,500 | |
| Connolly, Barry<br>229 Chrystie Street<br>Apt. 1419<br>New York, NY 10002 | Preferred C | 20,000 | |
| Conwell, Bill<br>17803 La Cantera Ter, #10716<br>San Antonio, TX 78256 | Common Stock | 50,000 | |
| Cordani, Joseph<br>85 Firetown Road<br>Simsbury, CT 06070 | Preferred B | 6,250 | |
| Cox, Charles<br>80 Statehouse Square<br>#158<br>Hartford, CT 06123 | Common Stock | 220,000 | |

In re:  Back9Network Inc. _____      Case No. _____

                                                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Crovo, Robert<br>134 Irving Avenue<br>Torrington, CT 06790 | Preferred B | 50,000 | |
| Crovo, Robert<br>134 Irving Avenue<br>Torrington, CT 06790 | Preferred C | 10,000 | |
| D'Addario, David<br>8 Glover Lane<br>Easton, CT 06612 | Preferred C | 50,000 | |
| Darden, Jeremy<br>2315 Bristol Road<br>Albany, GA 31721 | Preferred A | 10,000 | |
| DelMastro, Danny<br>P.O. Box 151<br>Glastonbury, CT 06033 | Preferred B | 25,000 | |
| DeMartino, Darren<br>36 Judge Lane<br>South Windsor, CT 06074 | Preferred B | 25,000 | |
| Demsey, Richard<br>60 Cayuga Drive<br>Watertown, CT 06795 | Preferred B | 55,000 | |
| Demsey, Richard<br>60 Cayuga Drive<br>Watertown, CT 06795 | Preferred C | 10,000 | |
| DePardo, Gerry<br>108 Warner Court<br>Glastonbury, CT 06033 | Preferred C | 50,000 | |
| DiLello, Benjamin<br>4005 Via Picaposte<br>Palos Verdos Peninsula, CA 90274 | Common Stock | 62,500 | |
| Donabed, Ralph<br>110 Weomi Lane<br>Jupiter, FL 33458 | Preferred C | 10,000 | |
| Duffy, James<br>15 Williston Road<br>Auburndale, MA 02466 | Preferred B | 52,500 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **Back9Network Inc.**                                                    Case No. _____
_____
                                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| EJS4, LLC<br>591 West Putnam Avenue<br>Greenwich, CT 06830 | Preferred C | 50,000 | |
| Eudy, Daniel<br>18 Westwood Road<br>West Hartford, CT 06117 | Preferred B | 25,000 | |
| Fiondella, Robert<br>29 Summerberry Circle<br>Bristol, CT 06010 | Preferred B | 50,000 | |
| Fiondella, Robert<br>29 Summerberry Circle<br>Bristol, CT 06010 | Preferred C | 32,000 | |
| Fitzpatrick, Dave<br>8 Farnham Way<br>Farmington, CT 06032 | Preferred A | 50,000 | |
| Furbish, Brian<br>43 Green Lane<br>South Windsor, CT 06074 | Preferred A | 33,334 | |
| Furbish, Brian<br>43 Green Lane<br>South Windsor, CT 06074 | Preferred B | 25,000 | |
| Furbish, Brian<br>43 Green Lane<br>South Windsor, CT 06074 | Preferred C | 20,000 | |
| Gatherers, LLC<br>4355 Ferguson Drive<br>Suite 280<br>Cincinnati, OH 45245 | Preferred A | 275,000 | |
| Gatherers, LLC<br>4355 Ferguson Drive<br>Suite 280<br>Cincinnati, OH 45245 | Preferred B | 275,000 | |
| Ghio, William and Janet<br>8 Summerberry Circle<br>Bristol, CT 06010 | Preferred B | 62,500 | |

In re: __Back9Network Inc.__               Case No. _____

                                       Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Giggy, Bryan<br>33216 CR 380<br>Kersey, CO 80644 | Common Stock | 4,344 | |
| Giggy, Monique<br>1870 University Avenue<br>Palo Alto, CA 94301 | Common Stock | 19,949 | |
| Giggy, Terrance<br>208 Lyfka Street<br>Fort Collins, CO 80525 | Common Stock | 32,959 | |
| Giggy, Travis<br>1870 University Avenue<br>Palo Alto, CA 94301 | Common Stock | 19,949 | |
| Gill, David<br>44350 Via Canada Road<br>King City, CA 93930 | Preferred A | 33,333 | |
| Gillis, John<br>1 Warburton Lane<br>Westborough, MA 01581 | Preferred C | 30,000 | |
| Giulietti, Gary<br>5 Atwater Terrace<br>Farmington, CT 06032 | Preferred B | 62,500 | |
| Giulietti, Gary<br>5 Atwater Terrace<br>Farmington, CT 06032 | Preferred C | 50,000 | |
| Giulietti, Jessica<br>10 Ellsworth Lane<br>Canton, CT 06019 | Preferred B | 10,000 | |
| Giulietti, Jessica<br>10 Ellsworth Lane<br>Canton, CT 06019 | Preferred C | 12,000 | |
| Giulietti, Stephen<br>57 Washington Drive<br>Acton, MA 01720 | Preferred B | 12,500 | |
| Giulietti, Stephen<br>57 Washington Drive<br>Acton, MA 01720 | Preferred C | 10,000 | |

In re:  **Back9Network Inc.** _____     Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Glassey, Katherine<br>1870 University Avenue<br>Palo Alto, CA 94301 | Common Stock | 5,937 | |
| Goodfried, Greg<br>4855 Don Juan Place<br>Woodland Hills, CA 91364 | Common Stock | 877 | |
| Goodman, David<br>89 Guion Street<br>Springfield, MA 01104 | Preferred A | 36,709 | |
| Gorman, James & Mary<br>227 Hidden Hills Drive<br>Greenville, SC 29605 | Common Stock | 33,334 | |
| Gorman, James & Mary<br>227 Hidden Hills Drive<br>Greenville, SC 29605 | Preferred B | 12,500 | |
| Gorman, James R.<br>80 State House Square<br>#158<br>Hartford, CT 06123 | Common Stock | 768,194 | |
| Grant, Jason<br>2830 Polk Street<br>Houston, TX 77003 | Preferred B | 12,500 | |
| Grant, Neil and Ruth<br>2830 Polk Street<br>Houston, TX 77003 | Common Stock | 83,333 | |
| Grant, Neil and Ruth<br>2830 Polk Street<br>Houston, TX 77003 | Preferred A | 16,667 | |
| Grant, Neil and Ruth<br>2830 Polk Street<br>Houston, TX 77003 | Preferred C | 25,000 | |
| Grundfast, Matthew<br>130 E. Westerlee Drive<br>Leesburg, GA 31763 | Preferred B | 75,000 | |
| Gulli, Peter<br>934 Queen Street<br>Southington, CT 06489 | Common Stock | 25,000 | |

List of equity security holders consists of 19 total page(s)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re:   **Back9Network Inc.**

Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gunderman, Kathleen and Tim<br>26187 Isle Way<br>Newport, NY 13416 | Common Stock | 33,333 | |
| Hamill, Bonnie<br>85 Memorial Road<br>#501<br>West Hartford, CT 06107 | Preferred A | 83,334 | |
| Harper, RJ<br>2873 Sloat Road<br>Pebble Beach, CA 93953 | Preferred B | 25,000 | |
| Healey, Jim<br>54 Westwood Road<br>West Hartford, CT 06117 | Preferred A | 35,000 | |
| Jablons, Jane<br>173 Riverside Drive<br>Apt. 4C<br>New York, NY 10024 | Preferred A | 16,667 | |
| Jacobs, Jeff<br>764 San Ysidro Lane<br>Santa Barbara, CA 93108 | Common Stock | 713 | |
| James, Matt<br>7 The Glade<br>Simsbury, CT 06070 | Preferred C | 50,000 | |
| Johnny Cake Hill One, LLC<br>P.O. Box 999<br>Essex, CT 06426 | Preferred B | 50,000 | |
| Johnson, Steve<br>195 Old Farms Road<br>South Glastonbury, CT 06073 | Preferred B | 25,000 | |
| Kahle, Richard<br>717 NE Lake Pointe Drive<br>Lees Summit, MO 64064 | Preferred C | 50,000 | |
| Kearns, John F.<br>1121 New Britain Avenue<br>West Hartford, CT 06110 | Preferred C | 50,000 | |

In re:  **Back9Network Inc.**                                                    Case No. _____

_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kellogg 88 Partners, LLC<br>2015 Spring Road<br>Suite 600<br>Oak Brook, IL 60523 | Preferred B | 37,500 | |
| Kent, Robert<br>1471 Padre Lane<br>Pebble Beach, CA 93953 | Preferred A | 16,667 | |
| Kidney, Brad<br>Morgan Stanley<br>One City Place<br>Hartford, CT 06103 | Common Stock | 4,167 | |
| Kim, John<br>240 Park Avenue South<br>Apt. 10A<br>New York, NY 10003 | Preferred B | 25,000 | |
| King, Kevin<br>642 College Avenue<br>Palo Alto, CA 94306 | Common Stock | 4,337 | |
| Krapek, Karl<br>11 Pembroke Drive<br>Avon, CT 06001 | Preferred C | 100,000 | |
| Kreiter, Keith<br>1455 Portsmouth Court<br>Northbrook, IL 60062 | Common Stock | 4,344 | |
| Lahmers, Jennifer<br>205 East 67th Street<br>New York, NY 10065 | Common Stock | 158,589 | |
| Launchpad<br>664 Broadway Street<br>Venice, CA 90291 | Common Stock | 30,644 | |
| Lawson, Margaret<br>5 Carnoustie Circle<br>Bloomfield, CT 06002 | Preferred A | 16,667 | |
| Lawson, Margaret<br>5 Carnoustie Circle<br>Bloomfield, CT 06002 | Preferred B | 12,500 | |

In re:  **Back9Network Inc.**                                                    Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lepore, David<br>P.O. Box 165<br>Oakville, CT 06779 | Preferred C | 10,000 | |
| Levy, Coleman<br>22 Avondale Road<br>West Hartford, CT 06117 | Preferred B | 50,000 | |
| Levy, Michael<br>3 Fitzwilliam Place<br>Farmington, CT 06032 | Preferred C | 50,000 | |
| Lin, Jeff<br>7505 W 80th Street<br>Los Angeles, CA 90045 | Common Stock | 1,400 | |
| Ling, Michael<br>13 Loveys Drive<br>Florham Park, NJ 07932 | Common Stock | 33,333 | |
| Live Oak Ventures, LLC<br>P.O. Box 192861<br>San Francisco, CA 94119 | Preferred C | 50,000 | |
| Longobardi, Kristen<br>76 Sturegon River Road<br>Glastonbury, CT 06033 | Preferred B | 6,250 | |
| Longobardi, Matthew<br>76 Sturegon River Road<br>Glastonbury, CT 06033 | Preferred B | 6,250 | |
| Love, Michael<br>7550 Monte Verde Lane<br>West Palm Beach, FL 33412 | Preferred C | 14,200 | |
| Lynch, Ed<br>8441 Muirfield Way<br>Port Saint Lucie, FL 34986 | Preferred B | 6,250 | |
| Maggio, Dominick<br>22 Mercer Street<br>New York, NY 10013 | Preferred B | 37,500 | |
| Martin Family Holdings LP<br>425 University Avenue<br>Norwood, MA 02062 | Preferred B | 50,000 | |

In re: **Back9Network Inc.**                                                                  Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MayPo Golf, LLC<br>180 Glastonbury Boulevard<br>4th Floor<br>Glastonbury, CT 06033 | Preferred B | 25,000 | |
| McCaffery, Michael<br>178 Mill Hill Terrace<br>Southport, CT 06890 | Preferred B | 3,000 | |
| McNight, Scott<br>1497 Hemlock Court<br>Liberty, MO 64068 | Preferred A | 16,667 | |
| Mecca, Leonard J.<br>32 Hemingway Avenue<br>Wolcott, CT 06716 | Preferred C | 10,000 | |
| Meduski, Richard P.<br>184 South Shore Avenue<br>Groton, CT 06340 | Preferred C | 50,000 | |
| Messier, George<br>775 South Street<br>Middlebury, CT 06762 | Preferred A | 33,334 | |
| Messina, Dan<br>7347 Horizon Drive<br>West Palm Beach, FL 33412 | Preferred C | 54,200 | |
| Michigami, Wayne<br>Flat 25F Starcrest Tower 1<br>9 Star Street<br>Hong Kong | Preferred A | 33,334 | |
| Mikkelson, Paul and Ann Marie<br>11 Whitcomb Drive<br>Simsbury, CT 06070 | Preferred C | 50,000 | |
| Millenium Trust Company, LLC<br>8 Summerberry Circle<br>Bristol, CT 06010 | Preferred C | 50,000 | |
| Millner, Keith<br>146 Richardson Street<br>Atlanta, GA 30312 | Preferred A | 16,667 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

In re:  **Back9Network Inc.**                                                    Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MindFox Productions, LLC<br>1118 Lake Vista<br>Palm Desert, CA 92260 | Common Stock | 50,000 | |
| MMF-NH LLC<br>Two Langley Park<br>Farmington, CT 06032 | Preferred A | 33,334 | |
| Molina, Brandon<br>392 S. Via El Modena<br>Apt. 3<br>Orange, CA 92869 | Common Stock | 21,871 | |
| Morris, William J.<br>101 Church Road<br>Unit 19<br>Southbury, CT 06488 | Preferred C | 10,000 | |
| Nayden, Denis J.<br>131 Quayside Drive<br>West Palm Beach, FL 33411 | Preferred C | 44,200 | |
| Newman, Arthur<br>5 Jenny Close<br>Mamaroneck, NY 10543 | Common Stock | 275,000 | |
| Olshefski, John and Laurie<br>115 Nautical Way<br>Panama City Beach, FL 32413 | Preferred A | 33,333 | |
| Paolino, Julie<br>32 Mason Lane<br>Somers, CT 06071 | Preferred B | 75,000 | |
| Paolino, Julie<br>32 Mason Lane<br>Somers, CT 06071 | Preferred C | 10,000 | |
| Par 4 Partners<br>8 Berry Street<br>Brooklyn, NY 11211 | Preferred A | 33,334 | |
| Patel, Rahul<br>117 Grouse Hill Road<br>Glastonbury, CT 06033 | Preferred A | 83,334 | |

In re:   **Back9Network Inc.**

Case No.

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Pendergast, Paul<br>2 Thistle Hollow<br>Avon, CT 06001 | Preferred A | 63,958 | |
| Pendergast, Paul<br>2 Thistle Hollow<br>Avon, CT 06001 | Preferred B | 231,119 | |
| Perkins, Brewster<br>180 Fern Street<br>Unit 2-5<br>West Hartford, CT 06119 | Preferred A | 33,334 | |
| Perreault, Bobbi<br>4902 86th Circle<br>Glencoe, MN 55336 | Common Stock | 21,719 | |
| Petroniro, Randy<br>114 Harrison Drive<br>Wolcott, CT 06716 | Preferred B | 65,000 | |
| Picard, Ron<br>72 Newwood Road<br>Watertown, CT 06795 | Preferred B | 25,000 | |
| Quattrone Family Trust<br>13432 Middlefork Lane<br>Los Altos, CA 94022 | Preferred B | 125,000 | |
| Raether Family 1985 Trust<br>11892 Turtle Beach Road<br>Palm Beach, FL 33480 | Preferred C | 50,000 | |
| Raether, Paul E.<br>11892 Turtle Beach Road<br>Palm Beach, FL 33480 | Preferred C | 50,000 | |
| Rafal, John W.<br>P.O. Box 999<br>Essex, CT 06426 | Preferred C | 50,000 | |
| Raser, Gary<br>3493 Rockcliff Place<br>Mid Florida, FL 32799 | Preferred A | 166,669 | |
| Reich, Steve<br>5084 Commonwealth Avenue<br>La Canada Flintridge, CA 91011 | Common Stock | 2,139 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Back9Network Inc.**

Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Reynolds, Craig**<br>**25144 Conestoga Drive**<br>**Land O Lakes, FL 34639** | Common Stock | 877 | |
| **Rizzo, Andy**<br>**114 Oakdale Street**<br>**Canton, CT 06019** | Preferred B | 12,500 | |
| **Rizzo, Michael and Ellen**<br>**5 Autumn Lane**<br>**Glastonbury, CT 06033** | Preferred B | 12,500 | |
| **Robertson, Alex**<br>**132 E. 64th Street**<br>**#106**<br>**New York, NY 10065** | Preferred C | 120,000 | |
| **Roisman, Gerald**<br>**164 Beacon Hill Drive**<br>**West Hartford, CT 06117** | Preferred C | 50,000 | |
| **Rossi, Ted**<br>**213 Court Street**<br>**Suite 603**<br>**Middletown, CT 06457** | Preferred B | 43,750 | |
| **Rossi, Ted**<br>**213 Court Street**<br>**Suite 603**<br>**Middletown, CT 06457** | Preferred C | 29,200 | |
| **Sanberg, Joe**<br>**10877 Wilshire Boulevard**<br>**Suite 708**<br>**Los Angeles, CA 90024** | Common Stock | 2,017 | |
| **Sandore, Pete**<br>**P.O. Box 152**<br>**Knotter Drive**<br>**Ansonia, CT 06401** | Preferred C | 20,000 | |
| **Schaeffer, Steve**<br>**92 Genung Circle**<br>**Ithaca, NY 14850** | Preferred B | 43,750 | |
| **Schaeffer, Steve**<br>**92 Genung Circle**<br>**Ithaca, NY 14850** | Preferred C | 29,200 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

In re:   **Back9Network Inc.**                                                                   Case No. _____

                                                                  Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Schweitzer, Scott<br>150 E. 39th Street<br>Apt. 208<br>New York, NY 10016 | Preferred C | 20,000 | |
| Segall, Frank<br>49 Black Burnian Road<br>Weston, MA 02493 | Common Stock | 14,585 | |
| Segall, Frank<br>49 Black Burnian Road<br>Weston, MA 02493 | Preferred B | 12,500 | |
| Shaker, Steven<br>893 South Street<br>Middlebury, CT 06762 | Preferred C | 20,000 | |
| Shaw, Steve<br>98 Sunny Reach Drive<br>West Hartford, CT 06117 | Common Stock | 65,333 | |
| Shenkman Capital<br>461 Fifth Avenue<br>New York, NY 10017 | Preferred B | 37,500 | |
| Shenkman, Mark<br>One Gaston Farm Road<br>Greenwich, CT 06831 | Preferred B | 87,500 | |
| Sorensen, Ryan<br>5407 Colfax Avenue<br>#413<br>North Hollywood, CA 91601 | Common Stock | 4,205 | |
| Spalluto, Joseph<br>1092 Farmington Avenue<br>Unit F<br>West Hartford, CT 06107 | Preferred B | 50,000 | |
| Sports Media Challenge<br>7300 Carmel Exec. Park Drive<br>Suite 120<br>Charlotte, NC 28226 | Common Stock | 75,000 | |
| Stiver, Ken<br>932 North French Road<br>Buffalo, NY 14228 | Common Stock | 10,000 | |

List of equity security holders consists of 19 total page(s)
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

In re:  **Back9Network Inc.**                                                    Case No. _____

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stubblefield Family Trust<br>5821 Fairview Road<br>Suite 106<br>Charlotte, NC 28209 | Preferred C | 50,000 | |
| Sullivan, James R.<br>114 Horatio Street<br>Apt. 710<br>New York, NY 10014 | Preferred C | 5,000 | |
| Swain, Gary T.<br>2723 Plantation Road<br>Charlotte, NC 28270 | Preferred A | 13,000 | |
| Talevi, Steven<br>256 Brainard Hill Road<br>Higganum, CT 06441 | Preferred A | 16,667 | |
| Talevi, Steven<br>256 Brainard Hill Road<br>Higganum, CT 06441 | Preferred C | 10,000 | |
| Taliaferro, Samuel S. (III)<br>207 Seneca Road<br>Richmond, VA 23226 | Preferred C | 305,000 | |
| Tedoldi Jr., Rob<br>50 Hartland Street<br>Suite 305<br>East Hartford, CT 06108 | Common Stock | 1,667 | |
| Tee Time, Inc.<br>412 Estrella D'Oro<br>Monterey, CA 93940 | Preferred A | 33,334 | |
| Thompson, Westley<br>125 LaSalle Road<br>Suite 206<br>West Hartford, CT 06107 | Preferred C | 50,000 | |
| Vannest, Brandon<br>50 Cherry Avenue<br>#8<br>Eaton, CO 80615 | Common Stock | 21,719 | |
| Veretto, Jason<br>43 Mountain Brook Road<br>West Hartford, CT 06117 | Preferred B | 25,000 | |

in re:   **Back9Network Inc.**                                                    Case No. _____

                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Vincze, Christopher<br>1 Eisenhauve Lane<br>North Reading, MA 01864 | Preferred B | 18,750 | |
| Wagner, Les<br>4060 Gaskill Road<br>Owego, NY 13827 | Preferred B | 43,750 | |
| Wagner, Les<br>4060 Gaskill Road<br>Owego, NY 13827 | Preferred C | 29,200 | |
| Ware, Jason<br>21 Alta Street<br>Apt. C<br>San Francisco, CA 94133 | Preferred A | 33,333 | |
| Webster Financial Corporation<br>145 Bank Street<br>Waterbury, CT 06702 | Preferred B | 125,000 | |
| Wehr, Jim<br>11 Natures Way<br>South Windsor, CT 06074 | Preferred A | 16,667 | |
| Weir, Kurt<br>2708 SW 125th Street<br>Oklahoma City, OK 73170 | Preferred A | 17,000 | |
| Whelen, George W, IV<br>51 Joshua Lane<br>Old Lyme, CT 06371 | Preferred C | 300,000 | |
| Wicker, Charles<br>2428 Tweedmore Ct.<br>High Point, NC 27265 | Preferred B | 25,000 | |
| Wightman, Christopher<br>567 River Road<br>Chatham, NJ 07928 | Common Stock | 100,000 | |
| Wolff Family Trust<br>16 Jonathan Drive<br>Ellington, CT 06029 | Preferred B | 50,000 | |
| Wolff, Elizabeth<br>16 Jonathan Drive<br>Ellington, CT 06029 | Preferred B | 50,000 | |

List of equity security holders consists of 19 total page(s)

In re:   **Back9Network Inc.**                                              Case No. _____
                                          _____
                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wolff, Elizabeth**<br>**16 Jonathan Drive**<br>**Ellington, CT 06029** | **Preferred C** | **10,000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   12/23/2015                          Signature _____
                                                  **Charles Cox**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Connecticut

In re   **Back9Network Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      12/23/2015

**Charles Cox/Chief Executive Officer**
Signer/Title

AAA
950 Warren Avenue
East Providence, RI 02914

ABC Sign Corp
30 Controls Drive
Shelton, CT 06484

ACC Business
P.O. Box 105306
Atlanta, GA 30348

ADG Engineering, PC
Attn: Accounts Receivable
P.O. Box 32659
Newark, NJ 07102

ADT, LLC
10 Research Parkway
Wallingford, CT 06492

After the Shoot
5650 Vicarage Walk
Alpharetta, GA 30005

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

APM Music
381 Park Avenue South
Suite 1101
New York, NY 10016

Ascentium Capital
239790 US 59
Kingwood, TX 77339

Associated Construction
1010 Wethersfield Ave
Suite 304
Hartford, CT 06114

Aztec Office Technology
Suite A100
Middletown, CT 06457


Bachelor, Erica
c/o Mike Gillespie
10585 Santa Monica Boulevard
Suite 140
Los Angeles, CA 90048


Bacon, Shane


Banc of California
P.O. Box 2149
Gig Harbor, WA 98335


BCCA
P.O. Box 1296
Bedford Park, IL 60499


Berman, John
664 Farmington Avenue
Hartford, CT 06105


Bermel, John
237 Old Farms Road
Simsbury, CT 06070


Bivona, Tom
27 Bradley Way
Glastonbury, CT 06033


Blitzer, David
345 Park Avenue
43rd Floor
New York, NY 10154


Blythe, Frank
5524 Challisford Lane
Charlotte, NC 28226

Borges, Francisco
10 Mill Pond Lane
Simsbury, CT 06070


Burke, Edward
136 SE Rio Casarano
Port Saint Lucie, FL 34984


Cantor Colburn, LLP
P.O. Box 5046
New Britain, CT 06050


Cantor, Michael & Shari
39 Colony Road
West Hartford, CT 06117


Cap America, Inc.
P.O. Box 840176
Kansas City, MO 64184


Cardinal Advisors
8391 Beverly Blvd.
Suite 443
Los Angeles, CA 90048


Carlin, Mark
2338 Cholehurst Drive
Los Angeles, CA 90027


CFC Capital, LLC
76 Progress Drive
Stamford, CT 06902


Chapman, John M.
80 Grennan Road
West Hartford, CT 06107


Cheri Sundae Productions
Browne George Ross, LLP
2121 Avenue of the Stars
Suite 2400
Los Angeles, CA 90067

Cloud, Sanford
25 Mountain Spring Road
Farmington, CT 06032

Colorado Dept of Labor
Unemployment Insurance Employe
P.O. Box 956
Denver, CO 80201

Comcast Commercial Services
P.O. Box 196
Newark, NJ 07101

Comcast Wholesale
13431 Collections Center Drive
Chicago, IL 60693

ComScore, Inc.
4140 Collection Center Drive
Chicago, IL 60693

COMTECH21
P.O. Box 981062
Boston, MA 02298

Connecticut Natural Gas Corp.
P.O. Box 9245
Chelsea, MA 02150

Constitution Plaza Holding LLC
c/o Jones Lang LaSalle
One Constitution Plaza
7th Floor
Hartford, CT 06103

Constitution Plaza Holdings
c/o Jones Lang LaSalle
One Constitution Plaza
Hartford, CT 06103

Conwell, Bill
17803 La Cantera Ter
#10716
San Antonio, TX 78256

Coughlin, Joe
60 Park Drive North
Rye, NY 10580


Covington & Burling, LLP
Attn: Accounting Deparment
1201 Pennsylvania Avenue
Washington, DC 20004


Cox, Charles
80 Statehouse Square
#158
Hartford, CT 06123


Crumbie Law
100 Pearl Street
#12
Hartford, CT 06103


CYP AVS, LLC
Cyprian Bowlding
914 Pleasant Hill Lane
Bowie, MD 20716


Day Pitney
PO Box 416234
Boston MA


DelMastro, Danny
P.O. Box 151
Glastonbury, CT 06033


DirecTV
P.O. Box 60036
Los Angeles, CA 90060


DirecTV Corporate
1 Rockefeller Plaza
5th Floor
New York, NY 10020


DTZ
4002 Solutions Center
Chicago, IL 60677

Duffy, James
15 Williston Road
Auburndale, MA 02466


Eastern Video Services
13 Village Street
East Hartford, CT 06108


EDD, State of California
P.O. Box 826215
MIC 3A
Sacramento, CA 94230


Edge Technology Services
100 Roscommon Drive
Suite 120
Middletown, CT 06457


Ellis Bottom Line Booking, LLC
729 Main Street
Longmont, CO 80501


eMediaTrade
11800 Wills Road
Suite 150
Alpharetta, GA 30009


Encompass Digital Media, Inc.
250 Harbor Drive
Stamford, CT 06902


Everbank
10 Waterview Blvd.
Parsippany, NJ 07054


Eversource
P.O. Box 650032
Dallas, TX 75265


Forum Financial Services
275 West Campbell Rd.
Suite 320
Richardson, TX 75080

Furbish, Brian
43 Green Lane
South Windsor, CT 06074


G4S
P.O. Box 277469
Atlanta, GA 30384


Gatherers, LLC
4355 Ferguson Drive
Suite 280
Cincinnati, OH 45245


Getty Images
GPS, LLP
3127 Whitney Avenue
Hamden, CT 06518


Ghio, Bill and Janet
8 Summerberry Circle
Bristol, CT 06010


Giulietti, Gary
5 Atwater Terrace
Farmington, CT 06032


Gorman, Reid J.
80 Statehouse Square
#158
Hartford, CT 06123


Grant, Neil and Ruth
2830 Polk Street
Houston, TX 77003


Grass Valley
2255 N. Ontario Street,
Suite170
Burbank, CA 91504

Grundfast, Matthew
130 E. Westerlee Drive
Leesburg, GA 31763


Hartford 21
221 Trumbull Street
Hartford, CT 06103


HB Communications, Inc.
60 Dodge Avenue
P.O. Box 689
North Haven, CT 06473


Hinckley Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903


Hutchinson, Brett
2480 16th Street NW
Apt. 88
Washington, DC 20009


Ignition Creative
12959 Coral Tree Place
Los Angeles, CA 90066


IMG Productions
 432 W. 45th St.
New York, NY 10036


James, Matt
7 The Glade
Simsbury, CT 06070


JJ Henry
c/o Lagardere Unlimited
6628 Bryant Irvin Road
Suite 100
Fort Worth, TX 76132


Johnson Controls
P.O. Box 905240
Charlotte, NC 28290

K2 Marketing Group, Inc.
Attn: Accounts Receivable
153 Telemark Court
Steamboat Springs, CO 80487


Kahle, Richard
717 NE Lake Pointe Drive
Lees Summit, MO 64064


Kalinowski, Brian
219 West Norwalk Road
Norwalk, CT 06850


Kamerman, Trent
25612 Dillon Road
Laguna Hills, CA 92653


Kantar Media
SRDS
P.O. Box 8500-8601
Philadelphia, PA 19178


Kelly, Tom
56 Frances Place
Stratford, CT 06615


Krapek, Karl
11 Pembroke Drive
Avon, CT 06001


Lanford, John B.
214 Lakeview Drive
Clinton, MS 39056


LAZ Parkings
15 Lewis Street
Hartford, CT 06103


LCA Bank Corporation
PO Box 1650
Troy, MI 48099-1650

Lee, Sung
1-3-2-E402 Moto Azabu
Minato-ku
Tokyo, Japan


Legacy Distribution, LLC
160 Trowbridge Road
Atlanta, GA 30350


Levy, Coleman
22 Avondale Road
West Hartford, CT 06117


Lizzio Productions, Inc.
510 Smith Court
Edgewater, NJ 07020


Lockton
c/o Bank of America
P.O. Box 3207
Boston, MA 02241


Lynch, Daryl
49 Buckingham Road
Avon, CT 06001


M2Lease Funds
175 N. Patrick Boulevard
Suite 140
Brookfield, WI 50345


Maggio, Dominick
22 Mercer Street
New York, NY 10013


Maginnes, John
6609 21 Dillingham Place
Greensboro, NC 27455


Magliocco, Rita
85 Alberts Hill Road
Sandy Hook, CT 06482

Manavian, Michael
115 E. Putnam
Greenwich, CT 06830


Marcarello, Michael
248 West Cedar Street
Norwalk, CT 06854


Mark's Corpex
P.O. Box 504484
Saint Louis, MO 63150


Markertek Video Supp
1 Tower Drive
P.O. Box 397
Saugerties, NY 12477


Masergy
5757 West Century Blvd.
Suite575
Los Angeles, CA 90045


Mediocre Golf Association
2047 Turk Blvd.
#3
San Francisco, CA 94115


Meridian Design
1140 Broadway
New York, NY 10001


Michael Michigami
Two Langley Park
Farmington, CT 06032


Molina, Brandon
3015 Winglewood Circle
Lutz, FL 33558


Monaco, Donato
7 Summer Wind
Cromwell, CT 06416

Montanari, Brian
47 Bay Road
East Hampton, CT 06424


Myers
19R Hawley Street
Northampton, MA 01060


National Sweepstakes Company
693 East Avenue
Rochester, NY 14607


Nayden, Denis J.
131 Quayside Drive
West Palm Beach, FL 33411


O'Connor, Raymond
81 Trumbull Road
Manhasset, NY 11030


Outbrain, Inc.
39 West 13th Street
3rd Floor
New York, NY 10011


Paolino, Julie
32 Mason Lane
Somers, CT 06071


Patel, Rahul
117 Grouse Hill Road
Glastonbury, CT 06033


PC Connection
730 Milford Road
Merrimack, NH 03054


Pendergast, Paul
2 Thistle Hollow
Avon, CT 06001

Petroniro, Randy
114 Harrison Drive
Wolcott, CT 06716


PGA Tour
One Golf Club Road
Cromwell, CT 06416


Phoenicia Sport & Entertainmen
P.O. Box 95
Center Valley, PA 18034


Phoenix Life Insurance Company
One American Row
P.O. Box 5056
Hartford, CT 06102


Poland Spring Direct
6661 Dixie Highway
Suite 4
Louisville, KY 40258


PR Newswire
P.O. Box 5897
New York, NY 10087


Propark America
109 Constitution Plaza
Hartford, CT 06103


Proskauer Rose LLP
Eleven Times Square
New York, NY 10036


Quattrone Family Trust
13432 Middlefork Lane
Los Altos, CA 94022


Rackspace
P.O. Box 730759
Dallas, TX 75373

Raether, Paul E.
11892 Turtle Beach Road
Palm Beach, FL 33480

Raser, Gary
3493 Rockcliffe Place
Mid Florida, FL 32799

Rashad Enterprises, Inc.
c/o CDL Family Office
505 South Flagler Drive
Suite 900
West Palm Beach, FL 33401

Red Bull Media House
1740 Stewart Street
Santa Monica, CA 90404

Remy, Jim
20 South Hill Street
Ludlow, VT 05149

Reznick, Cohn
124 Eugene O'Neill Drive
Suite 120
New London, CT 06320

Rising Tide Sports
211 East Washington Street
Suite B
Greenville, SC 29601

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Roisman, Gerald
164 Beacon Hill Drive
West Hartford, CT 06117

Roma Industries
P.O. Box 1130
Largo, FL 33779

Rossi, Ted
213 Court Street
Suite 603
Middletown, CT 06457


Rothenberg Ventures, LLC
1062 Folsom Street
Suite 200
San Francisco, CA 94105


Rude, Jeff
6609 Doubletrace Lane
Orlando, FL 32819


Salerno, Joe
2896 Reserve Court
Aurora, IL 60502


Sanders Legal Group
880 Third Avenue
14th Floor
New York, NY 10022


Sandore, Pete
P.O. Box 152
Knotter Drive
Ansonia, CT 06401


Santangelo, Michael
17 Jennifer Lane
Cromwell, CT 06416


ScrippsNetworks
P.O. Box 602031
Charlotte, NC 28260


Second Street Media, Inc.
1017 Olive Street
Saint Louis, MO 63101


Shadoworks, Inc.
4105 W. San Luis
Tampa, FL 33629

Shelly Sindland Media
44 Mayflower Street
West Hartford, CT 06110


Shutterstock, Inc.
Dept. CH 17445
Palatine, IL 60055


Silva, Carlos
9810 Potomac Manors Drive
Potomac, MD 20854


Skadaddle Media
c/o Rowan & Martin
3100 Donald Douglas Loop North
Santa Monica, CA 90405


SNL Financial
One SNL Plaza
Charlottesville, VA 22902


Spengler, Paul
4206 Grand Traverse Drive
Charlotte, NC 28278


SportsData, LLC
150 S. 5th Street
#1700
Minneapolis, MN 55402


Standard Insurance Company
P.O. Box 5676
Portland, OR 97228


State of Connecticut DECD
505 Hudson St.
Hartford, CT 06103


State of Delaware
P.O. Box 5509
Binghamton, NY 13902

StrongView Systems, Inc.
Department 3049
P.O. Box 123049
Dallas, TX 75312


Stubblefield Family Trust
5821 Fairview Road
Suite 106
Charlotte, NC 28209


Sullivan & LeShane
289 Capitol Avenue
Hartford, CT 06106


The Hartford
P.O. Box 660916
Dallas, TX 75266


The Majestic Press
100 Railroad Avenue
Unionville, CT 06085


The Media Group, Inc.
848 West Bartlett Road
Suite 10E
Bartlett, IL 60103


The Platform
1000 Second Avenue
Suite 1000
Seattle, WA 98104


thePlatform
1000 Second Avenue
Suite 1000
Seattle, WA 98104


TPS Group
P.O. Box 478
North Haven, CT 06473


Trace Productions
305 Spring Creek Village
Suite 493
Dallas, TX 75248

Tribune Media Services, LLC
P.O. Box 10026
Albany, NY 12201

Triple Play Productions
741 Millbrook Road
Middletown, CT 06457

Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Turnstile Media Group
1500 Park Center Drive
Orlando, FL 32835

Upton, Caite
1104 S. Hayworth Avenue
Los Angeles, CA 90035

Veras Communications, Inc.
9874 Turning Leaf Trail
Brecksville, OH 44141

Verizon
P.O. Box 15124
Albany, NY 12212

VertitechIT
4 Open Square Way
Suite 310
Holyoke, MA 01040

Victor Advertising Service
54 Tuttle Place
Middletown, CT 06457

Vistage Worldwide
11452 El Camino Road
Suite 400
San Diego, CA 92130

Voya Nat. Trust
P.O. Box 75131
Charlotte, NC 28275

VSI HD
20 South Hill Street
Ludlow, VT 05149

W.B. Mason Co., Inc.
P.O. Box 981101
Boston, MA 02298

Waugh, Seth
60 Wall Street
New York, NY 10005

Wehr, Jim
11 Natures Way
South Windsor, CT 06074

Whelen, George W. IV
51 Joshua Lane
Old Lyme, CT 06371

Wolff Family Trust
16 Jonathan Drive
Ellington, CT 06029

Wolff, Elizabeth
16 Jonathan Drive
Ellington, CT 06029

Zen Video
3219 E Camelback Road
#265
Phoenix, AZ 85018