UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| BACK9NETWORK, INC.<br>Debtor | Case No. |
| (Employer ID # -3858) | |
| ------------------------------------------ | |
| In re: | CHAPTER 11 |
| SWING BY SWING GOLF, INC. | Case No. |
| (Employer ID # -4455) | |
| ------------------------------------------ | |

**MOTION OF DEBTORS PURSUANT TO
FEDERAL BANKRUPTCY RULE 1015(b) FOR ENTRY OF ORDER
DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Back9Network, Inc. ("Back9") and Swing by Swing Golf, Inc. ("Swing by Swing" and together with Back9, the "Debtors") hereby move, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for an Order of this Court directing that the Debtors' Chapter 11 cases be jointly administered. In support of this Motion, the Debtors respectfully state as follows.

1. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on December 23, 2015. In accordance with Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are authorized to continue in possession of their properties and operate and manage their businesses as debtors-in-possession. No trustee or examiner has been appointed in these proceedings.

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b). Venue is proper before this Court pursuant to 28 U.S.C. Sections 1408 and 1409.

3. Federal Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against… a debtor and an affiliate, the court may order a joint administration of the estates." Back9 is the parent company of Swing by Swing and owns 100% of its issued and outstanding stock. Swing by Swing and Back9 are affiliates, thus the court has the authority to order joint administration of the two cases.

4. Joint administration is in the best interests of both estates and all parties in interest. The two companies function as a single unit. Back9 files a single tax return with the two affiliates treated as a single entity. Back9 prepares and maintains a single set of books, records, financial statements and bank accounts. All employees are employees of Back9, and consistent with the foregoing, Swing by Swing has no creditors.

5. Although Swing by Swing has no creditors, as set forth in the Debtors' Post-Petition Borrowing Motion Swing by Swing owns the highly popular golf course application that is part of the Debtors' "Digital Platform" that will be the focus of the Debtors' operations going forward.

6. Accordingly, creditors will be best served by joint administration rather than monitoring and participating in two separate cases. Moreover, the resulting efficient and convenient administration of the Debtors' interrelated chapter 11 cases will yield cost savings for both estates. Finally, an order of joint administration will not prejudice the substantive rights of any party in interest.

7. The Debtors thus request that this Court maintain one docket file with a consolidated caption as set forth above, use a single docket for administration matters, and allow and authorize the Debtors to file monthly operating reports on a single consolidated basis.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein.

/s/ *William S. Fish, Jr.*
William S. Fish, Jr. ct05439
Thomas J. Farrell   ct00861
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103-1221
860-725-6200
wfish@hinckleyallen.com
tfarrell@hinkleyallen.com
Attorneys for the Debtors

55463071 v2