**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: | ) |
| BACK9NETWORK, INC., et al. | ) |
|     Debtor. | )  CHAPTER 11 |
| | ) |
|     (Employer ID #-3858) | )  CASE NO. |
| ************************************ | ) |
| IN RE: | ) |
| SWING BY SWING GOLF, INC., | )  CHAPTER 11 |
|     Debtor. | ) |
| | )  CASE NO. |
|     (Employer ID #-4455) | ) |
| ************************************ | |

## PROPOSED ORDER AUTHORIZING JOINT ADMINISTRATION

This matter having come on to be heard on the motion of the above-captioned debtors herein for the entry of an order authorizing the joint administration of these cases, due notice of the filing having been given to those parties entitled thereto, the court having considered said motion and the statements of counsel, the court having concluded that the joint administration of these cases will promote the interests and convenience of the parties and will reduce the cost of their administration, no objection having been made to the entry of this order;

IT IS HEREBY ORDERED that these cases shall be jointly administered under the lead case Back9Network, Inc., Docket Number _____ (__); and

IT IS FURTHER ORDERED that nothing herein contained shall constitute or be deemed to constitute the substantive consolidation of these estates;

IT IS FURTHER ORDERED that the caption to be utilized in these matters shall be as follows:

(CAPTION PROVIDED ON FOLLOWING PAGE)

IN RE:

| | | |
|---|---|---|
| BACK9NETWORK, INC., et al.[1] | ) | CHAPTER 11 |
| Debtors. | ) | |
| | ) | CASE NO.: |
| | ) | |
| | ) | DECEMBER 23, 2015 |
| | ) | |
| | ) | |
| | ) | |

---

[1] The Debtors in these cases are Back9Network, Inc. and Swing by Swing Golf, Inc.