UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 CASES |
| BACK9NETWORK, INC. AND | JOINTLY ADMINISTERED UNDER |
| SWING BY SWING, INC., | CASE NO. 15-22192 (AMN) |
| DEBTORS | |

_____

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**FORUM FINANCIAL SERVICES, INC.**
c/o Timothy O'Connor, Vice President
275 West Campbell Road, Suite 320
Richardson, Texas 75080
Telephone: (972) 690-9444, ext. 225
Email: tim@forumleasing.com

**THE ASSOCIATED CONSTRUCTION COMPANY**
c/o Joseph Jankowski, President
1010 Wethersfield Avenue, Suite 206
Hartford, Connecticut 06114
Telephone: (860) 296-4114
Email: jdj@accgc.com

**CHERI SUNDAE PRODUCTIONS, INC.**
c/o Cheri Brown Lee
3727 W. Magnolia Boulevard, #804
Burbank, California 91505
Telephone: (310) 776-1130
Email: Cheri@cherisundae.com

Dated:  January 12, 2016                              Respectfully submitted,
        New Haven, Connecticut
                                                     WILLIAM K. HARRINGTON
                                                     UNITED STATES TRUSTEE FOR REGION 2

                                          By:   /s/ *Kim L. McCabe*
                                                Kim L. McCabe ct 23661
                                                Assistant United States Trustee
                                                Office of the United States Trustee
                                                Giaimo Federal Building
                                                150 Court Street, Room 302
                                                New Haven, CT   06510
                                                Telephone: (203)773-2210
                                                Email: Kim.McCabe@usdoj.gov