UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> BACK9NETWORK, INC. AND ) <br> SWINGBYSWING, INC., ) <br> ) <br> Debtors. ) <br> ) | CHAPTER 11 CASES <br> JOINTLY ADMINISTERED UNDER <br> CASE NO. 15-22192(AMN) |

## NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Official Committee of Unsecured Creditors and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

>Eric Henzy, Esq.
>Reid and Riege, P.C.
>Counsel for Back9 Creditors' Committee
>One Financial Plaza, 21st Floor
>Hartford, CT  06103
>P (860) 240-1081
>F (860) 240-1002
>E-mail:  ehenzy@rrlawpc.com

Dated at Hartford, Connecticut this 19th day of January, 2016.

>/s/ Eric Henzy
>Eric Henzy
>Federal Bar No. ct12849
>Reid and Riege, P.C.
>One Financial Plaza, 21st Floor
>Hartford, CT  06103
>P (860) 240-1081
>F (860) 240-1002
>E-mail:  ehenzy@rrlawpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of January, 2016, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Eric Henzy
      Eric Henzy

00000.000/641394.1